**EXHIBIT 1**

DEV 1330.13B
April 20, 2001
Attachment A

INFORMAL RESOLUTION INSTRUCTIONS: STAFF MUST COMPLETE AND ATTACH THE ORIGINAL OF THIS FORM TO EACH BP-9 WHEN THE COMPLAINT CANNOT BE INFORMALLY RESOLVED. THE BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM, EXCEPT THOSE APPEALING UDC ACTIONS. INFORMAL RESOLUTION FORMS WILL NEVER BE GIVEN TO THE INMATE TO COMPLETE.

NAME: BORKER, Vitaly    REG. NO. 64386-054    UNIT: H-A

DATE BP-9 REQUESTED: 12-5-23

DATE BP-9 ISSUED: 12-5-23

DATE BP-9 RETURNED:

**INMATE'S COMPLAINT:**
I request Federal Time Credits to be awarded towards my release for the following time periods: 04/28/2023 thru 07-18-2023 and 07-18-2023 thru 09-25-2023. Psychology has confirmed that I successfully completed all the FSA needs assessments.

**RELIEF REQUESTED:**
I am requesting my FTC's be updated and applied towards my release.

**ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT:**
Federal Time Credits from 04/28/2023 thru 07-17-2023 cannot be earned. Eligible offenders begin earning time credits once they arrive at their designated BOP facility. You arrived at your initial designation (FCI FTD) on 07-18-2023. You were housed in Special Housing Unit from 07-21-23 thru 09-06-2023. You were transferred to FMC Devens on 09-07-2023. The Psychology Department has confirmed you have completed the needs assessment with an effective date of 09-24-23, 12:32pm. There are no records of assessments being completed from 07-18-23 thru 09-24-23, 12:00hours. You were in SHU for most of that time period. You are earning FTC's and application toward release will occur when you receive a pattern score of low or minimum. You are currently a medium pattern score.

CORRECTIONAL COUNSELOR: M. Buckley    DATE: 12-05-2023

**UNIT MANAGER'S COMMENTS/ASSISTANCE:**

UNIT MANAGER:    DATE: 12/5/23