**EXHIBIT 2**

## FEDERAL MEDICAL CENTER, DEVENS, MASSACHUSETTS
## RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #1184121-F1

**BORKER, Vitaly**
**REG. NO. 64386-054**
**H Unit**

This is in response to your Request for Administrative Remedy, dated December 12, 2023, wherein you are concerned about the FSA Time Credit received. Specifically, you requested your "...federal time credits to be recalculated as 'earned' for the following time periods: April 28, 2023 - July 18, 2023 and July 18, 2023 – September 25, 2023."

FMC Devens staff are not involved in the process of how FSA Time Credits are calculated. As such, they are also unable to modify or change the credits that have or have not been allocated to you. Eligible offenders begin earning time credits once they arrive at their designated BOP facility. You arrived at your initial designation FCI Fort Dix on July 18, 2023.

Based on the above, your request for Administrative Remedy is for informational purposes only.

If you are not satisfied with this decision, you may appeal to the Regional Director at Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania 19106. Your appeal must be received in the Northeast Regional Office within 20 days of the date of this response.

_____          12/22/2023
F. J. Bowers, Warden                      Date