**Exhibit A**

```
 DEVGX   540*23 *            SENTENCE MONITORING          *   02-07-2024
 PAGE 001        *            COMPUTATION DATA            *   16:08:57
                              AS OF 02-07-2024


 REGNO..: 64386-054 NAME: BORKER, VITALY


 FBI NO...........: 175002KD8            DATE OF BIRTH:              AGE:  47
 ARS1.............: DEV/A-DES
 UNIT.............: 4 GP                 QUARTERS.....: H01-126U
 DETAINERS........: NO                   NOTIFICATIONS: NO

 FSA ELIGIBILITY STATUS IS: INELIGIBLE

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

 HOME DETENTION ELIGIBILITY DATE....: 11-21-2024

 THE INMATE IS PROJECTED FOR RELEASE: 04-02-2025 VIA GCT REL


 ---------------------CURRENT JUDGMENT/WARRANT NO: 040 -----------------------

 COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
 DOCKET NUMBER...................: 1:17CR00391-001(PGG)
 JUDGE...........................: GARDEPHE
 DATE SENTENCED/PROBATION IMPOSED: 04-24-2019
 DATE SUPERVISION REVOKED........: 05-17-2023
 TYPE OF SUPERVISION REVOKED.....: REG
 DATE COMMITTED..................: 07-18-2023
 HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
 PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
 NON-COMMITTED.:   $300.00        $00.00          $55,000.00     $00.00

 RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

 ------------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:  820     COMMUNICATIONS ACT
 OFF/CHG: 18:1349 CONSPIRACY TO COMMIT MAIL AND WIRE FRAUD(CT1)
          18:1341 MAIL FRAUD(CT2); 18:1343 WIRE FRAUD(CT3)

  SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
  SENTENCE IMPOSED/TIME TO SERVE.:     14 MONTHS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: C/S TO 22CR273
  DATE OF OFFENSE................: 06-21-2017




 G0002        MORE PAGES TO FOLLOW . . .
```

```
 DEVGX   540*23 *          SENTENCE MONITORING          *   02-07-2024
 PAGE 002        *          COMPUTATION DATA            *   16:08:57
                            AS OF 02-07-2024


 REGNO..: 64386-054 NAME: BORKER, VITALY



   REMARKS.......: 14 MONTHS TO RUN CONSECUTIVELY TO THE SENTENCE IN DKT
                   #22CR273

 ---------------------CURRENT JUDGMENT/WARRANT NO: 050 ------------------------

 COURT OF JURISDICTION..........: NEW YORK, SOUTHERN DISTRICT
 DOCKET NUMBER..................: 22CR00273- 01 (JSR)
 JUDGE..........................: RAKOFF
 DATE SENTENCED/PROBATION IMPOSED: 04-28-2023
 DATE COMMITTED.................: 07-18-2023
 HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED..............: NO

                  FELONY ASSESS   MISDMNR ASSESS  FINES          COSTS
 NON-COMMITTED.: $100.00         $00.00          $00.00         $00.00

 RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $54,368.64

 ------------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:  820      COMMUNICATIONS ACT
 OFF/CHG: 18:1343 WIRE FRAUD, C2

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    30 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  DATE OF OFFENSE................: 02-28-2022




 G0002         MORE PAGES TO FOLLOW . . .
```

```
 DEVGX  540*23 *              SENTENCE MONITORING           *    02-07-2024
PAGE 003         *             COMPUTATION DATA             *    16:08:57
                              AS OF 02-07-2024

 REGNO..: 64386-054 NAME: BORKER, VITALY


 -------------------------CURRENT COMPUTATION NO: 040 -------------------------

 COMPUTATION 040 WAS LAST UPDATED ON 08-14-2023 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 08-14-2023 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 040: 040 010, 050 010

 DATE COMPUTATION BEGAN..........: 04-28-2023
 AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
 TOTAL TERM IN EFFECT............:     44 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:      3 YEARS      8 MONTHS
 AGGREGATED TERM OF SUPERVISION..:      3 YEARS
 EARLIEST DATE OF OFFENSE........: 06-21-2017

 JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    02-16-2022    04-27-2023

 TOTAL PRIOR CREDIT TIME.........: 436
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 198
 TOTAL GCT EARNED................: 54
 STATUTORY RELEASE DATE PROJECTED: 04-02-2025
 ELDERLY OFFENDER TWO THIRDS DATE: 07-28-2024
 EXPIRATION FULL TERM DATE.......: 10-17-2025
 TIME SERVED.....................:      1 YEARS     11 MONTHS     23 DAYS
 PERCENTAGE OF FULL TERM SERVED..:  53.8
 PERCENT OF STATUTORY TERM SERVED:  63.2

 PROJECTED SATISFACTION DATE.....: 04-02-2025
 PROJECTED SATISFACTION METHOD...: GCT REL




 G0002         MORE PAGES TO FOLLOW . . .
```

```
 DEVGX   540*23 *         SENTENCE MONITORING           *    02-07-2024
 PAGE 004       *         COMPUTATION DATA              *    16:08:57
                          AS OF 11-12-2020


 REGNO..: 64386-054 NAME: BORKER, VITALY


 FBI NO...........: 175002KD8            DATE OF BIRTH:              AGE:   47
 ARS1.............: DEV/A-DES
 UNIT.............: 4 GP                 QUARTERS.....: H01-126U
 DETAINERS........: NO                   NOTIFICATIONS: NO

 HOME DETENTION ELIGIBILITY DATE: 09-01-2020

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
 THE INMATE WAS SCHEDULED FOR RELEASE:  11-12-2020 VIA GCT REL


              RELEASE AUDIT COMPLETED ON 10-04-2019 BY DSCC
 ------------------------PRIOR JUDGMENT/WARRANT NO: 030 -----------------------

 COURT OF JURISDICTION..........: NEW YORK, SOUTHERN DISTRICT
 DOCKET NUMBER..................: 1:17CR00391-1(PGG)
 JUDGE..........................: GARDEPHE
 DATE SENTENCED/PROBATION IMPOSED: 04-24-2019
 DATE COMMITTED.................: 06-10-2019
 HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED..............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
 NON-COMMITTED.: $300.00         $00.00          $55,000.00     $00.00

 RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:    $00.00

 --------------------------PRIOR OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:  820     COMMUNICATIONS ACT
 OFF/CHG: 18:1349 CONSPIRACY TO COMMIT MAIL AND WIRE FRAUD(CT1)
          18:1341 MAIL FRAUD(CT2); 18:1343 WIRE FRAUD(CT3)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  DATE OF OFFENSE................: 06-21-2017




 G0002        MORE PAGES TO FOLLOW . . .
```

```
 DEVGX  540*23  *           SENTENCE MONITORING              *    02-07-2024
PAGE 005        *           COMPUTATION DATA                 *    16:08:57
                              AS OF 11-12-2020


 REGNO..: 64386-054 NAME: BORKER, VITALY


 ---------------------------PRIOR COMPUTATION NO: 030 -------------------------

 COMPUTATION 030 WAS LAST UPDATED ON 10-09-2019 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 06-26-2019 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 PRIOR COMPUTATION 030:   030 010

 DATE COMPUTATION BEGAN..........: 04-24-2019
 TOTAL TERM IN EFFECT............:    24 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS
 EARLIEST DATE OF OFFENSE........: 06-21-2017

 JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                      03-01-2019   04-23-2019

 TOTAL PRIOR CREDIT TIME.........: 54
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 108
 TOTAL GCT EARNED................: 54
 STATUTORY RELEASE DATE PROJECTED: 11-12-2020
 ELDERLY OFFENDER TWO THIRDS DATE: 06-30-2020
 EXPIRATION FULL TERM DATE.......: 02-28-2021
 TIME SERVED.....................:     1 YEARS      8 MONTHS     12 DAYS
 PERCENTAGE OF FULL TERM SERVED..:  85.2
 PERCENT OF STATUTORY TERM SERVED: 100.0

 ACTUAL SATISFACTION DATE........: 11-12-2020
 ACTUAL SATISFACTION METHOD......: GCT REL
 ACTUAL SATISFACTION FACILITY....: CNK
 ACTUAL SATISFACTION KEYED BY....: CS

 DAYS REMAINING..................: 108
 FINAL PUBLIC LAW DAYS...........: 0

 REMARKS.......: 9-24-19 GCT UPDATED PURSUANT TO FSA D/MPA.
                 10-02-2019 UPDATED 764 D/LMS  10-9-19 UPDATED 767 D/LMS




 G0002        MORE PAGES TO FOLLOW . . .
```

```
 DEVGX   540*23  *          SENTENCE MONITORING            *     02-07-2024
 PAGE 006         *           COMPUTATION DATA             *     16:08:57
                              AS OF 02-28-2019


 REGNO..: 64386-054 NAME: BORKER, VITALY


 FBI NO...........: 175002KD8            DATE OF BIRTH:              AGE:   47
 ARS1.............: DEV/A-DES
 UNIT.............: 4 GP                 QUARTERS.....: H01-126U
 DETAINERS........: YES                  NOTIFICATIONS: NO

 HOME DETENTION ELIGIBILITY DATE: 12-18-2018

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
 THE INMATE WAS SCHEDULED FOR RELEASE:  02-28-2019 VIA GCT REL

 REMARKS........: RELEASE AUDIT COMPLETED ON 01-11-2019 BY DSCC
 -----------------------PRIOR JUDGMENT/WARRANT NO: 020 -----------------------

 COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
 DOCKET NUMBER...................: 10-CR-1266(RJS)
 JUDGE...........................: SULLIVAN
 DATE SENTENCED/PROBATION IMPOSED: 09-06-2012
 DATE SUPERVISION REVOKED........: 02-22-2018
 TYPE OF SUPERVISION REVOKED.....: REG
 DATE COMMITTED..................: N/A
 HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
 PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
 NON-COMMITTED.:  $400.00        $00.00          $50,000.00     $00.00

 RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $46,146.23

 --------------------------PRIOR OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:  121     18:875 EXTORTION
 OFF/CHG: 18:875(C):MAKING THREATS IN INTERSTATE COMMUNICATION(CTS1&2)
          18:1341:MAIL FRAUD(CT3) 18:1343:WIRE FRAUD(CT4)(SRT VIOL)

  SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
  SENTENCE IMPOSED/TIME TO SERVE.:     2 YEARS
  TERM OF SUPERVISION............:     1 YEARS
  DATE OF OFFENSE................: 06-30-2010




 G0002        MORE PAGES TO FOLLOW . . .
```

```
 DEVGX   540*23 *           SENTENCE MONITORING            *   02-07-2024
PAGE 007         *           COMPUTATION DATA              *   16:08:57
                            AS OF 02-28-2019

REGNO..: 64386-054 NAME: BORKER, VITALY


---------------------------PRIOR COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 01-09-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-11-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:    020 010

DATE COMPUTATION BEGAN..........: 02-22-2018
TOTAL TERM IN EFFECT............:     2 YEARS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS
EARLIEST DATE OF OFFENSE........: 06-30-2010

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    05-25-2017    05-26-2017
                                    06-05-2017    02-21-2018

TOTAL PRIOR CREDIT TIME.........: 264
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 94
TOTAL GCT EARNED................: 94
STATUTORY RELEASE DATE PROJECTED: 02-28-2019
ELDERLY OFFENDER TWO THIRDS DATE: 10-02-2018
EXPIRATION FULL TERM DATE.......: 06-02-2019
TIME SERVED.....................:      1 YEARS       8 MONTHS     26 DAYS
PERCENTAGE OF FULL TERM SERVED..:  87.1
PERCENT OF STATUTORY TERM SERVED: 100.0

ACTUAL SATISFACTION DATE........: 02-28-2019
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: BRO
ACTUAL SATISFACTION KEYED BY....: MG

DAYS REMAINING..................: 94
FINAL PUBLIC LAW DAYS...........: 0




G0002        MORE PAGES TO FOLLOW . . .
```

```
 DEVGX  540*23 *            SENTENCE MONITORING          *    02-07-2024
PAGE 008        *            COMPUTATION DATA            *    16:08:57
                            AS OF 02-28-2019

REGNO..: 64386-054 NAME: BORKER, VITALY


------------------------------- PRIOR DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 02-07-2019
AGENCY.......: US MARSHALS SERVICE
AUTHORITY....: UNITED STATES SDNY MARSHAL,500 PEARL ST,NY,NY 10014
CHARGES......: 17-CR391
               18 USC:1349,1341,1343 AND 2

DATE RELEASED: 02-28-2019




G0002       MORE PAGES TO FOLLOW . . .
```

```
 DEVGX   540*23  *         SENTENCE MONITORING           *    02-07-2024
 PAGE 009         *         COMPUTATION DATA              *    16:08:57
                              AS OF 09-04-2015


 REGNO..: 64386-054 NAME: BORKER, VITALY


 FBI NO...........: 175002KD8          DATE OF BIRTH:              AGE:   47
 ARS1.............: DEV/A-DES
 UNIT.............: 4 GP               QUARTERS.....: H01-126U
 DETAINERS........: NO                 NOTIFICATIONS: NO

 HOME DETENTION ELIGIBILITY DATE: 04-15-2015

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
 THE INMATE WAS SCHEDULED FOR RELEASE:  09-04-2015 VIA GCT REL

 REMARKS........: RELEASE AUDIT COMPLETED ON 08-05-2014 BY DSCC
 ------------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

 COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
 DOCKET NUMBER...................: 10 CR. 1266
 JUDGE...........................: SULLIVAN
 DATE SENTENCED/PROBATION IMPOSED: 09-06-2012
 DATE COMMITTED..................: 09-18-2012
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
 NON-COMMITTED.: $400.00        $00.00           $50,000.00      $00.00

 RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $46,146.23

 --------------------------PRIOR OBLIGATION NO: 010 ---------------------------
 OFFENSE CODE....:  121     18:875 EXTORTION
 OFF/CHG: 18:875(C):MAKING THREATS IN INTERSTATE COMMUNICATION(CTS 1&2)
          18:1341:MAIL FRAUD(CT3) 18:1343:WIRE FRAUD(CT4)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    48 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  DATE OF OFFENSE................: 06-30-2010




 G0002          MORE PAGES TO FOLLOW . . .
```

```
```

```
 DEVGX   540*23  *           SENTENCE MONITORING          *    02-07-2024
 PAGE 010 OF 010 *             COMPUTATION DATA           *    16:08:57
                              AS OF 09-04-2015

 REGNO..: 64386-054 NAME: BORKER, VITALY


 ---------------------------PRIOR COMPUTATION NO: 010 -------------------------

 COMPUTATION 010 WAS LAST UPDATED ON 08-04-2014 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 08-05-2014 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 PRIOR COMPUTATION 010:    010 010

 DATE COMPUTATION BEGAN..........: 09-06-2012
 TOTAL TERM IN EFFECT............:     48 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:      4 YEARS
 EARLIEST DATE OF OFFENSE........: 06-30-2010

 JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                      12-06-2010    04-27-2011
                                      07-11-2012    09-05-2012

 TOTAL PRIOR CREDIT TIME.........: 200
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 164
 TOTAL GCT EARNED................: 164
 STATUTORY RELEASE DATE PROJECTED: 09-07-2015
 ELDERLY OFFENDER TWO THIRDS DATE: 10-19-2014
 EXPIRATION FULL TERM DATE.......: 02-18-2016
 TIME SERVED.....................:      3 YEARS      6 MONTHS     17 DAYS
 PERCENTAGE OF FULL TERM SERVED..:  88.5
 PERCENT OF STATUTORY TERM SERVED:  99.7

 ACTUAL SATISFACTION DATE........: 09-04-2015
 ACTUAL SATISFACTION METHOD......: GCT REL
 ACTUAL SATISFACTION FACILITY....: CNK
 ACTUAL SATISFACTION KEYED BY....: HT

 DAYS REMAINING..................: 164
 FINAL PUBLIC LAW DAYS...........: 3

               09-18-12: COMP ENTERED. JDB/D
               11-29-12: DIS GCT TAKEN. JDB/D




 G0000          TRANSACTION SUCCESSFULLY COMPLETED
```