**<u>Exhibit B</u>**

## FSA Time Credit Assessment
Register Number:64386-054, Last Name:BORKER

**U.S. DEPARTMENT OF JUSTICE**                                              **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 64386-054          Responsible Facility: DEV
Inmate Name                             Assessment Date.....: 02-03-2024
  Last.............: BORKER              Period Start/Stop...: 07-18-2023 to 02-03-2024
  First............: VITALY              Accrued Pgm Days....: 132
  Middle...........:                     Disallowed Pgm Days.: 68
  Suffix...........:                     FTC Towards RRC/HC..: 0
Gender.............: MALE                FTC Towards Release.: 40
Start Incarceration: 04-28-2023         Apply FTC to Release: No
```

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 07-18-2023 | 02-03-2024 | accrue | 132 |

**Cannot apply FTC**

| Facility | Category | Assignment | Start | | Stop |
|---|---|---|---|---|---|
| DEV | FSA | R-MED | 09-24-2023 | 1232 | CURRENT |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 07-18-2023 | 09-24-2023 | disallow | 68 |

**Incomplete needs assessment**

  **Missing Need Area(s)**
   Anger/Hostility
   Antisocial Peers
   Cognitions

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 09-24-2023 | 02-03-2024 | accrue | 132 |

```
  Accrued Pgm Days...: 132
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 40
```

--- **FSA Assessment** ---

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | Factor |
|---|---|---|---|---|---|---|
| 001 | 07-18-2023 | 08-15-2023 | ACTUAL | FSA R-MED | 08-09-2023 0821 | 10 |
| 002 | 08-15-2023 | 02-11-2024 | ACTUAL | FSA R-MED | 08-09-2023 0821 | 10 |