**<u>Exhibit D</u>**

```
  DEVGX            *         INMATE EDUCATION DATA       *    02-08-2024
PAGE 001 OF 001 *               TRANSCRIPT               *    13:23:58

REGISTER NO: 64386-054   NAME..: BORKER                   FUNC: PRT
FORMAT.....: TRANSCRIPT  RSP OF: DEV-DEVENS FMC

---------------------------   EDUCATION INFORMATION   ---------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
DEV  ESL HAS    ENGLISH PROFICIENT            10-18-2012 1401 CURRENT
DEV  GED HAS    COMPLETED GED OR HS DIPLOMA   01-17-2013 0932 CURRENT


---------------------------   EDUCATION COURSES   -------------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV   HRS
DEV LOW    ACT WORK KEYS                10-16-2023 01-12-2024   P   C  P    30
DEV LOW    WORLD TRAVEL                 11-09-2023 01-08-2024   P   C  P    15
DEV LOW    20TH CENTURY HISTORY         11-14-2023 12-18-2023   P   C  P     9
DEV LOW    BRAIN GAMES                  11-07-2023 12-07-2023   P   C  P     9
DEV LOW    MOBILE FOOD OPERATIONS       11-06-2023 12-04-2023   P   C  P     6
DEV LOW    ACE/SMALL ENGINE REPAIR      09-11-2023 09-25-2023   P   C  P    14
DEV LOW    AMERICA'S SCENIC RAILS       09-13-2023 09-27-2023   P   C  P     6
DEV LOW    RESTAURANT CONCEPTS - PART 1 09-12-2023 10-13-2023   P   C  P     9
DEV LOW    HISTORY OF PALEONTOLOGY      09-14-2023 10-13-2023   P   C  P    19
SCH        ACE SIGN LANGUAGE            11-04-2019 01-06-2020   P   C  P    16
SCH        FCI CHOLESTEROL              11-02-2019 01-04-2020   P   C  P     4
ALF        REENTRY FITNESS EDUCATION    01-22-2015 01-22-2015   P   C  P     1
ALF        RPP(5)-REL METHODS,PROP,SUPERV 09-10-2014 09-10-2014 P   C  P     1
ALF        RPP(4)- ROLE USPO/SUPERVISION 09-10-2014 09-10-2014  P   C  P     1
ALF        RPP(3)-LIVE ON BUDGET/GRATUITY 09-10-2014 09-10-2014 P   C  P     1
ALF        RPP(3)- MAINTAIN CHECK BOOK  09-10-2014 09-10-2014   P   C  P     1
ALF        BEGINNERS SPINNING           04-02-2014 06-15-2014   P   C  P     4
ALF RDAP   RPP(6)-PSYCHOLOGY OF RELEASE 02-25-2014 03-05-2014   P   C  P     4
ALF RDAP   BEGINNERS SPINNING           09-06-2013 10-16-2013   P   C  P     4
ALF RDAP   RPP(6)- (15)HOUR DRG PGM     02-11-2013 04-01-2013   P   C  P    12
ALF RDAP   CROCHET                      07-02-2013 07-24-2013   P   C  P     4

---------------------------   HIGH TEST SCORES   --------------------------------
TEST       SUBTEST       SCORE    TEST DATE    TEST FACL    FORM      STATE
TABE D     BATTERY        12.7    10-18-2012    FTD          10
           LANG MECH       1.1    10-18-2012    FTD          10
           LANGUAGE       11.7    10-18-2012    FTD          10
           MATH APPL      12.9    10-18-2012    FTD          10
           MATH COMP       8.4    10-18-2012    FTD          10
           READING        12.9    10-18-2012    FTD          10
           SPELLING        1.7    10-18-2012    FTD          10
           TOTAL MATH     11.0    10-18-2012    FTD          10
           VOCABULARY      0.7    10-18-2012    FTD          10




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```