**<u>Exhibit E</u>**

```
DEVGX   531.01 *             INMATE HISTORY               *     02-08-2024
PAGE 001        *              WRK DETAIL                 *      13:26:17

 REG NO..: 64386-054 NAME....: BORKER, VITALY
 CATEGORY: WRK       FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
DEV    SNOW REMVL CUSTODY SNOW REMOVAL            02-06-2024 0001 CURRENT
DEV    LBR POOL   LABOR POOL WAITING ASSIGNMENT   01-23-2024 0845 02-06-2024 0001
DEV    SNOW REMVL CUSTODY SNOW REMOVAL            10-10-2023 1429 01-23-2024 0845
DEV    LBR POOL   LABOR POOL WAITING ASSIGNMENT   10-04-2023 1104 10-10-2023 1429
DEV    A&O        ADMISSION & ORIENTATION         09-07-2023 1236 10-04-2023 1104
BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT      09-06-2023 1313 09-07-2023 0253
FTD    SHU UNASSG UNASSIGNED - SHU                07-24-2023 0911 09-06-2023 1033
FTD    A&O CMP W  A&O COMPLT-PND WRK ASSIGN WEST  07-20-2023 1016 07-24-2023 0911
FTD    A&O WEST   ADMISSION & ORIENTATION - WEST  07-18-2023 1615 07-20-2023 1016
BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT      05-17-2023 1301 07-18-2023 1347
BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT      04-28-2023 1839 05-17-2023 0846
BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT      04-06-2023 1036 04-28-2023 0804
SCH    FCI PM     FCI COMPOUND PM                 01-10-2020 0001 06-16-2020 0839
SCH    PM DINE    FCI F/S PM DINING RM            12-09-2019 1029 01-10-2020 0001
SCH    FCI F/S    FCI FOOD SERVICE                11-23-2019 0001 12-09-2019 1029
SCH    FCI GM 3   FCI GENERAL MAINTENANCE #3      11-06-2019 0001 11-23-2019 0001
SCH    AM DINE    FCI F/S AM DINING RM            10-29-2019 1433 11-06-2019 0001
SCH    FCI F/S    FCI FOOD SERVICE                10-22-2019 0001 10-29-2019 1433
SCH    3A ORD AM  UNIT 3A ORDERLY AM              06-14-2019 0001 10-22-2019 0001
SCH    UNASSG A/O UNASSIGNED A/O                  06-13-2019 0936 06-14-2019 0001
SCH    FCI A/O    FCI  ADMISSION & ORIENTATION    06-10-2019 0843 06-13-2019 0936
CAA    H/O UNASSG HOLD OVER UNIT                  06-05-2019 0645 06-10-2019 0615
BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT      04-24-2019 0802 06-05-2019 0218
BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT      02-28-2019 0707 04-24-2019 0800
BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT      06-05-2017 2109 02-28-2019 0705
NYM    UNASSG     UNASSIGNED WORK DETAIL          05-25-2017 1910 05-26-2017 1524
ALF    MER-GO-RD  MERRY-GO-ROUND                  03-10-2015 0001 03-11-2015 0736
ALF    CCS SH3    CCS CMPND SHIFT 3               03-06-2014 0001 03-10-2015 0001
ALF    U SHU R    RELEASED INMATE SHU             03-04-2014 1008 03-06-2014 0001
ALF    SHU/AD     SPECIAL HOUSING/ADMINISTRATIVE  02-20-2014 1215 03-04-2014 1008
ALF    CCS SH3    CCS CMPND SHIFT 3               07-02-2013 0001 02-20-2014 1215
ALF    U SHU R    RELEASED INMATE SHU             06-28-2013 0912 07-02-2013 0001
ALF    SHU/AD     SPECIAL HOUSING/ADMINISTRATIVE  06-18-2013 1433 06-28-2013 0912
ALF    CCS SH3    CCS CMPND SHIFT 3               03-09-2013 0920 06-18-2013 1433
ALF    CCS SH1    CCS CMPND SHIFT 1               01-14-2013 0001 03-09-2013 0920
ALF    A&O COMP   A&O COMPLETED                   01-11-2013 0001 01-14-2013 0001
ALF    A&O 1      A&O 1 ASSIGNMENT                01-04-2013 1443 01-11-2013 0001
CAA    H/O UNASSG HOLD OVER UNIT                  12-28-2012 0820 01-04-2013 1110
BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT      12-27-2012 1214 12-28-2012 0558
FTD    SHU UNASSG UNASSIGNED - SHU                11-05-2012 1458 12-27-2012 0949
FTD    YARD EA PM YARD DETAIL-EAST PM             10-23-2012 0001 11-05-2012 1458




G0002       MORE PAGES TO FOLLOW . . .
```

```
 DEVGX  531.01 *              INMATE HISTORY              *     02-08-2024
 PAGE 002 OF 002 *               WRK DETAIL               *      13:26:17

 REG NO..: 64386-054 NAME....: BORKER, VITALY
 CATEGORY: WRK        FUNCTION: PRT         FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
 FTD    PLUMB 1 EA PLUMBING 1 FCI - EAST        10-06-2012 0001 10-23-2012 0001
 FTD    A&O CMP E  A&O COMPLT-PND WRK ASSIGN EAST 09-25-2012 0954 10-06-2012 0001
 FTD    A&O WEST   ADMISSION & ORIENTATION - WEST 09-18-2012 1335 09-25-2012 0954
 BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT   09-13-2012 1111 09-18-2012 1208
 NYM    UNASSG     UNASSIGNED WORK DETAIL       09-06-2012 1802 09-13-2012 0821
 NYM    UNASSG     UNASSIGNED WORK DETAIL       07-11-2012 1815 09-06-2012 1801
 BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT   12-06-2010 1939 04-27-2011 1909




 G0000          TRANSACTION SUCCESSFULLY COMPLETED
```