**Exhibit F**

```
DEVGX  531.01 *              INMATE HISTORY              *     02-08-2024
PAGE 001 OF 001 *              PSYCH TRMT                *      13:27:03

 REG NO..: 64386-054 NAME....: BORKER, VITALY
 CATEGORY: PTP       FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
DEV    RCPTWAIT   RESOLVE PHASE 2 CPT WAIT     09-27-2023 1230 CURRENT
```

G0000          TRANSACTION SUCCESSFULLY COMPLETED