**<u>Exhibit H</u>**

```
DEVGX   531.01 *              INMATE HISTORY            *     02-08-2024
PAGE 001 OF 001 *               PT OTHER                *      13:24:50

  REG NO..: 64386-054 NAME....: BORKER, VITALY
  CATEGORY: PTO       FUNCTION: PRT        FORMAT:

FCL     ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
DEV     ANG M WAIT ANGER MANAGEMENT CBT WAIT      09-27-2023 1229 CURRENT
DEV     CR TH WAIT CRIMINAL THINKING WAIT         09-29-2023 1127 CURRENT
DEV     EM SR WAIT EMOTIONAL SELF-REG CBT WAIT    09-29-2023 1127 CURRENT
DEV     FBCONM W   FBCONM WAIT                    10-01-2023 1502 CURRENT
DEV     ALEPH C    ALEPH CCP COMP                 02-01-2024 1355 02-02-2024 1355
DEV     ALEPH P    ALEPH CCP PART                 11-06-2023 1354 02-01-2024 1355
DEV     MON SM G C MONEY SMART GENERAL POP COMP   01-29-2024 1518 01-29-2024 1518
DEV     MON SM G P MONEY SMART GENERAL POP PART   12-04-2023 1331 01-29-2024 1518
DEV     MON SM G W MONEY SMART GENERAL POP WAIT   12-04-2023 1331 12-04-2023 1331
DEV     MATR BAL C A MATTER OF BALANCE COMP       10-09-2023 1403 10-09-2023 1403
DEV     MATR BAL P A MATTER OF BALANCE PART       09-14-2023 1426 10-09-2023 1403
DEV     NAT DIAB C NATIONAL DIABETES COMP         10-09-2023 1403 10-09-2023 1403
DEV     NAT DIAB P NATIONAL DIABETES PART         09-14-2023 1426 10-09-2023 1403
DEV     HTH STEP C HEALTHY STEPS OLDER ADULT COMP 10-09-2023 1402 10-09-2023 1402
DEV     HTH STEP P HEALTHY STEPS OLDER ADULT PART 09-14-2023 1426 10-09-2023 1402
DEV     ARTH FND C ARTHRITIS FOUNDATION WALK COMP 10-09-2023 1402 10-09-2023 1402
DEV     ARTH FND P ARTHRITIS FOUNDATION WALK PART 09-14-2023 1426 10-09-2023 1402
DEV     HTH WELL C HEALTH & WELLNESS LIFESPN COMP 10-09-2023 1401 10-09-2023 1401
DEV     HTH WELL P HEALTH & WELLNESS LIFESPN PART 09-14-2023 1426 10-09-2023 1401
DEV     BRN HLTH C BRAIN HEALTH AS YOU AGE COMP   10-09-2023 1401 10-09-2023 1401
DEV     BRN HLTH P BRAIN HEALTH AS YOU AGE PART   09-14-2023 1425 10-09-2023 1401
DEV     MAN DIAB C MANAGING YOUR DIABETES COMP    10-09-2023 1400 10-09-2023 1400
DEV     MAN DIAB P MANAGING YOUR DIABETES PART    09-14-2023 1425 10-09-2023 1400




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```