**Exhibit J**

```
                       FSA Recidivism Risk Assessment (PATTERN 01.03.00)
                              Register Number:64386-054, Last Name:BORKER
U.S. DEPARTMENT OF JUSTICE                                         FEDERAL BUREAU OF PRISONS
```

| | |
|---|---|
| Register Number: 64386-054 | Risk Level Inmate....: R-MED |
| Inmate Name |   General Level......: R-MED (46) |
|   Last........: BORKER |   Violent Level......: R-MED (27) |
|   First.......: VITALY | Security Level Inmate: LOW |
|   Middle......: | Security Level Facl..: LOW |
|   Suffix......: | Responsible Facility.: DEV |
| Gender.......: MALE | Start Incarceration..: 04/28/2023 |

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 47 | 14 | 8 |
| Walsh w/Conviction | TRUE | 2 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 8 | 24 | 9 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 4 | 4 | 8 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 1 | 1 | 1 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | 1 | 3 | 3 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 0 | 0 | 0 |
| Work Programs | 0 | 0 | 0 |
| | Total | 46 | 27 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
  No Data

---

Item: Work Programs, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
  No Data