**Exhibit K**

```
  DEVGX          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-08-2024
PAGE 001 OF                                                         16:07:03
     FUNCTION: L-P SCOPE: REG   EQ 64386-054     OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM __________ THRU __________ DT STS: FROM __________ THRU __________
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ______ ______ ______ ______ ______ ______ ______ ______ ______ ______
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____       ____       ____       ____       ____       ____
TRACK:  DEPT: __________ __________ __________ __________ __________ __________
      PERSON: ___        ___        ___        ___        ___        ___
        TYPE: ___        ___        ___        ___        ___        ___
EVNT FACL: EQ ____       ____       ____       ____       ____       ____
RCV FACL.: EQ ____       ____       ____       ____       ____       ____
RCV UN/LC: EQ __________ __________ __________ __________ __________ __________
RCV QTR..: EQ __________ __________ __________ __________ __________ __________
ORIG FACL: EQ ____       ____       ____       ____       ____       ____
ORG UN/LC: EQ __________ __________ __________ __________ __________ __________
ORIG QTR.: EQ __________ __________ __________ __________ __________ __________
```

G0002        MORE PAGES TO FOLLOW . . .

```
  DEVGX        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-08-2024
PAGE 002 OF     *              FULL SCREEN FORMAT            *     16:07:03


REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP                QTR.: H01-126U   RCV OFC: NER
REMEDY ID: 718352-R1      SUB1: 20DM SUB2:      DATE RCV:   01-09-2013
UNT  RCV..:GREGG        QTR RCV.: G02-251U      FACL RCV: ALF
UNT  ORG..:GREGG        QTR ORG.: G02-251U      FACL ORG: ALF
EVT FACL.: FTD    ACC LEV:  NER  2 BOP  1          RESP DUE:
ABSTRACT.: DHO APPEAL/CODE 216A
STATUS DT: 01-09-2013  STATUS CODE: REJ STATUS REASON: OTH CPG RSR
INCRPTNO.: 2370956   RCT:   EXT:   DATE ENTD: 01-09-2013
REMARKS..: NEED ALL FOUR PAGES OF YELLOW BP-10;YOUR TOO MANY
           CONTINUATION PAGES ONLY ALLOWED ONE ORIGINAL AND 2
           COPIES


REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP                QTR.: H01-126U   RCV OFC: NER
REMEDY ID: 718352-R2      SUB1: 20DM SUB2:      DATE RCV:   01-17-2013
UNT  RCV..:GREGG        QTR RCV.: G02-251U      FACL RCV: ALF
UNT  ORG..:GREGG        QTR ORG.: G02-251U      FACL ORG: ALF
EVT FACL.: FTD    ACC LEV:  NER  2 BOP  1          RESP DUE:  SAT  02-16-2013
ABSTRACT.: DHO APPEAL/CODE 216A
STATUS DT: 02-15-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2370956   RCT: P EXT:   DATE ENTD: 01-17-2013
REMARKS..: ORIGINALLY RECEIVED ON 01-09-2013
```

```
REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP                 QTR.: H01-126U   RCV OFC: ALF
REMEDY ID: 727147-F1      SUB1: 16GM SUB2:       DATE RCV:   03-21-2013
UNT  RCV..:UNION RDAP   QTR RCV.: U02-171L      FACL RCV: ALF
UNT  ORG..:UNION RDAP   QTR ORG.: U02-171L      FACL ORG: ALF
EVT FACL.: ALF    ACC LEV:  ALF  1 NER  1 BOP  1   RESP DUE:  WED  04-10-2013
ABSTRACT.: WANTS TRULINCS MESSAGING CAPABILITIES
STATUS DT: 03-29-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 03-21-2013
REMARKS..:
```

```
REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP                 QTR.: H01-126U   RCV OFC: NER
REMEDY ID: 729067-R1      SUB1: 32ZM SUB2:       DATE RCV:   04-04-2013
UNT  RCV..:UNION RDAP   QTR RCV.: U02-171L      FACL RCV: ALF
UNT  ORG..:UNION RDAP   QTR ORG.: U02-171L      FACL ORG: ALF
EVT FACL.: ALF    ACC LEV:                         RESP DUE:
ABSTRACT.: WANTS EARLY RELEASE
STATUS DT: 04-04-2013  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 04-04-2013
REMARKS..:
```

```
REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP                QTR.: H01-126U   RCV OFC: BOP
REMEDY ID: 718352-A1      SUB1: 20DM SUB2:      DATE RCV:   04-12-2013
UNT  RCV..:UNION RDAP   QTR RCV.: U02-171L      FACL RCV: ALF
UNT  ORG..:GREGG        QTR ORG.: G02-251U      FACL ORG: ALF
EVT FACL.: FTD    ACC LEV:  NER  2 BOP  1          RESP DUE:  TUE  06-11-2013
ABSTRACT.: DHO APPEAL/CODE 216A
STATUS DT: 11-19-2014  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 2370956   RCT: P EXT: P DATE ENTD: 04-17-2013
REMARKS..:
```

```
REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP                QTR.: H01-126U   RCV OFC: NER
REMEDY ID: 727147-R1      SUB1: 16GM SUB2:      DATE RCV:   04-15-2013
UNT  RCV..:UNION RDAP   QTR RCV.: U02-171L      FACL RCV: ALF
UNT  ORG..:UNION RDAP   QTR ORG.: U02-171L      FACL ORG: ALF
EVT FACL.: ALF    ACC LEV:  ALF  1 NER  1 BOP  1   RESP DUE:  WED  05-15-2013
ABSTRACT.: WANTS TRULINCS MESSAGING CAPABILITIES
STATUS DT: 05-14-2013  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 04-16-2013
REMARKS..:
```

```
REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP                QTR.: H01-126U   RCV OFC: NER
REMEDY ID: 729067-R2      SUB1: 32ZM SUB2:      DATE RCV:   04-15-2013
UNT  RCV..:UNION RDAP   QTR RCV.: U02-171L      FACL RCV: ALF
UNT  ORG..:UNION RDAP   QTR ORG.: U02-171L      FACL ORG: ALF
EVT FACL.: ALF    ACC LEV:                         RESP DUE:
ABSTRACT.: WANTS EARLY RELEASE
STATUS DT: 05-14-2013  STATUS CODE: REJ STATUS REASON: INS OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 05-14-2013
REMARKS..: YOU NEED TO FILE A BP-9 WITH THE WARDEN BEFORE
           FILING AT THIS LEVEL


REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP                QTR.: H01-126U   RCV OFC: NER
REMEDY ID: 729067-R3      SUB1: 32ZM SUB2:      DATE RCV:   06-03-2013
UNT  RCV..:UNION RDAP   QTR RCV.: U02-171L      FACL RCV: ALF
UNT  ORG..:UNION RDAP   QTR ORG.: U02-171L      FACL ORG: ALF
EVT FACL.: ALF    ACC LEV:                         RESP DUE:
ABSTRACT.: WANTS EARLY RELEASE
STATUS DT: 06-26-2013  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 06-26-2013
REMARKS..:
```

```
REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP                QTR.: H01-126U   RCV OFC: BOP
REMEDY ID: 727147-A1      SUB1: 16GM SUB2:      DATE RCV:   06-04-2013
UNT  RCV..:UNION RDAP   QTR RCV.: U02-171L      FACL RCV: ALF
UNT  ORG..:UNION RDAP   QTR ORG.: U02-171L      FACL ORG: ALF
EVT FACL.: ALF    ACC LEV:  ALF  1 NER  1 BOP  1   RESP DUE:  SAT  08-03-2013
ABSTRACT.: WANTS TRULINCS MESSAGING CAPABILITIES
STATUS DT: 02-12-2015  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 06-07-2013
REMARKS..:
```

```
REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP                QTR.: H01-126U   RCV OFC: ALF
REMEDY ID: 742848-F1      SUB1: 15DM SUB2:      DATE RCV:   07-18-2013
UNT  RCV..:UNION RDAP   QTR RCV.: U04-342L      FACL RCV: ALF
UNT  ORG..:UNION RDAP   QTR ORG.: U04-342L      FACL ORG: ALF
EVT FACL.: ALF    ACC LEV:                         RESP DUE:
ABSTRACT.: CREDIT FOR RDAP
STATUS DT: 07-18-2013  STATUS CODE: REJ STATUS REASON: INF
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 07-18-2013
REMARKS..:
```

REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP QTR.: H01-126U RCV OFC: ALF
REMEDY ID: 743712-F1 SUB1: 15DM SUB2: DATE RCV: 07-25-2013
UNT RCV..:UNION RDAP QTR RCV.: U04-342L FACL RCV: ALF
UNT ORG..:UNION RDAP QTR ORG.: U04-342L FACL ORG: ALF
EVT FACL.: ALF ACC LEV: ALF 1 NER 1 RESP DUE: WED 08-14-2013
ABSTRACT.: CREDIT FOR RDAP PARTICIPATION
STATUS DT: 07-31-2013 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: DATE ENTD: 07-25-2013
REMARKS..:

REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP QTR.: H01-126U RCV OFC: NER
REMEDY ID: 743712-R1 SUB1: 15DM SUB2: DATE RCV: 08-16-2013
UNT RCV..:UNION RDAP QTR RCV.: U01-162L FACL RCV: ALF
UNT ORG..:UNION RDAP QTR ORG.: U04-342L FACL ORG: ALF
EVT FACL.: ALF ACC LEV: ALF 1 NER 1 RESP DUE: SUN 09-15-2013
ABSTRACT.: CREDIT FOR RDAP PARTICIPATION
STATUS DT: 09-13-2013 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: DATE ENTD: 08-19-2013
REMARKS..:

REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP QTR.: H01-126U RCV OFC: DEV
REMEDY ID: 1181584-F1 SUB1: 31ZM SUB2: DATE RCV: 11-15-2023
UNT RCV..:4 GP QTR RCV.: H01-126U FACL RCV: DEV
UNT ORG..:4 GP QTR ORG.: H01-126U FACL ORG: DEV
EVT FACL.: DEV ACC LEV: DEV 1 RESP DUE: TUE 12-05-2023
ABSTRACT.: CLAIMS NOT GETTING FSA CREDITS HE'S SUPPOSED TO
STATUS DT: 11-29-2023 STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: RCT: P EXT: DATE ENTD: 11-16-2023
REMARKS..:

CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA

| DATE DUE | DEPARTMENT | TO | DATE ASSN | TRK TYPE | DATE RETURNED |
|---|---|---|---|---|---|
| FRI 11-24-2023 | UNT MGT | LA | 11-16-2023 | INV | 11-29-2023 |
| WED 11-29-2023 | CEO | FB | 11-29-2023 | SIG | 11-29-2023 |

REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP QTR.: H01-126U RCV OFC: DEV
REMEDY ID: 1184121-F1 SUB1: 31ZM SUB2: DATE RCV: 12-11-2023
UNT RCV..:4 GP QTR RCV.: H01-126U FACL RCV: DEV
UNT ORG..:4 GP QTR ORG.: H01-126U FACL ORG: DEV
EVT FACL.: DEV ACC LEV: DEV 1 NER 1 RESP DUE: SUN 12-31-2023
ABSTRACT.: FSA CREDITS
STATUS DT: 12-27-2023 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: DATE ENTD: 12-14-2023
REMARKS..:

CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA

| DATE DUE | DEPARTMENT | TO | DATE ASSN | TRK TYPE | DATE RETURNED |
|---|---|---|---|---|---|
| THU 12-21-2023 | CEO | HK | 12-21-2023 | SIG | 12-22-2023 |
| FRI 12-22-2023 | UNT MGT | LA | 12-14-2023 | INV | 12-27-2023 |

REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP QTR.: H01-126U RCV OFC: NER
REMEDY ID: 1184121-R1 SUB1: 31ZM SUB2: DATE RCV: 01-05-2024
UNT RCV..:4 GP QTR RCV.: H01-126U FACL RCV: DEV
UNT ORG..:4 GP QTR ORG.: H01-126U FACL ORG: DEV
EVT FACL.: DEV ACC LEV: DEV 1 NER 1 RESP DUE: TUE 03-05-2024
ABSTRACT.: FSA CREDITS
STATUS DT: 02-08-2024 STATUS CODE: ACC STATUS REASON:
INCRPTNO.: RCT: N EXT: N DATE ENTD: 02-08-2024
REMARKS..:

REGNO: 64386-054 NAME: BORKER, VITALY
RSP OF...: DEV UNT/LOC/DST: 4 GP QTR.: H01-126U RCV OFC: DEV
REMEDY ID: 1186600-F1 SUB1: 31ZM SUB2: DATE RCV: 01-09-2024
UNT RCV..:4 GP QTR RCV.: H01-126U FACL RCV: DEV
UNT ORG..:4 GP QTR ORG.: H01-126U FACL ORG: DEV
EVT FACL.: DEV ACC LEV: DEV 1 RESP DUE: MON 01-29-2024
ABSTRACT.: I/M CLAIMS AMENDED PSI - WANTS PATTERN SCORE REDUCED
STATUS DT: 01-24-2024 STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: RCT: P EXT: DATE ENTD: 01-10-2024
REMARKS..:

CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA

| DATE DUE | DEPARTMENT | TO | DATE ASSN | TRK TYPE | DATE RETURNED |
|---|---|---|---|---|---|
| THU 01-18-2024 | UNT MGT | LA | 01-10-2024 | INV | 01-24-2024 |
| WED 01-24-2024 | CEO | FB | 01-24-2024 | SIG | 01-24-2024 |

16 REMEDY SUBMISSION(S) SELECTED
G0000 TRANSACTION SUCCESSFULLY COMPLETED