FSA Time Credit Assessment          EXHIBIT 1
Register Number:64386-054, Last Name:BORKER

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number....: 64386-054<br>Inmate Name<br>  Last.............: BORKER<br>  First............: VITALY<br>  Middle...........:<br>  Suffix...........:<br>Gender.............: MALE<br>Start Incarceration: 04-28-2023 | Responsible Facility: FTD<br>Assessment Date.....: 09-05-2023<br>Period Start/Stop...: 07-18-2023 to 09-05-2023<br>Accrued Pgm Days....: 47<br>Disallowed Pgm Days.: 2<br>FTC Towards RRC/HC..: 0<br>FTC Towards Release.: 10<br>Apply FTC to Release: No |

```
Start        Stop         Pgm Status   Pgm Days
07-18-2023   09-05-2023   accrue       47
  Cannot apply FTC
    Facility  Category  Assignment  Start              Stop
    FTD       FSA       R-MED       08-28-2023 1444    CURRENT
-----------------------------------------------------------------------
Start        Stop         Pgm Status   Pgm Days
07-18-2023   07-20-2023   disallow     2
  Incomplete needs assessment
    Missing Need Area(s)
    Anger/Hostility
-----------------------------------------------------------------------
Start        Stop         Pgm Status   Pgm Days
07-20-2023   09-05-2023   accrue       47
  Accrued Pgm Days...: 47
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 10
--- FSA Assessment ----------------------------------------------------
 #    Start       Stop        Status   Risk Assignment  Risk Asn Start    Factor
 001  07-18-2023  08-15-2023  ACTUAL   FSA R-MED        08-09-2023 0821   10
 002  08-15-2023  02-11-2024  ACTUAL   FSA R-MED        08-09-2023 0821   10
```

EXHIBIT 2

## FSA Time Credit Assessment
Register Number:64386-054, Last Name:BORKER

**U.S. DEPARTMENT OF JUSTICE** — **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 64386-054          Responsible Facility: DEV
Inmate Name                             Assessment Date.....: 10-25-2023
   Last............: BORKER             Period Start/Stop...: 07-18-2023 to 10-25-2023
   First...........: VITALY             Accrued Pgm Days....: 30
   Middle..........:                    Disallowed Pgm Days.: 69
   Suffix..........:                    FTC Towards RRC/HC..: 0
Gender.............: MALE               FTC Towards Release.: 10
Start Incarceration: 04-28-2023         Apply FTC to Release: No
```

```
Start       Stop        Pgm Status   Pgm Days
07-18-2023  10-25-2023  accrue       30
  Cannot apply FTC
    Facility  Category  Assignment   Start              Stop
    DEV       FSA       R-MED        09-24-2023 1232    CURRENT
```

```
Start       Stop        Pgm Status   Pgm Days
07-18-2023  09-25-2023  disallow     69
  Incomplete needs assessment
    Missing Need Area(s)
      Anger/Hostility
      Antisocial Peers
      Cognitions
```

```
Start       Stop        Pgm Status   Pgm Days
09-25-2023  10-25-2023  accrue       30
  Accrued Pgm Days...: 30
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 10
--- FSA Assessment ---------------
 #   Start       Stop        Status   Risk Assignment  Risk Asn Start   Factor
001  07-18-2023  08-15-2023  ACTUAL   FSA R-MED        8-09-2023 0821   10
002  08-15-2023  02-11-2024  ACTUAL   FSA R-MED        8-09-2023 0821   10
```

DEV 1330.13B
April 20, 2001
Attachment A

**EXHIBIT 3**

INFORMAL RESOLUTION INSTRUCTIONS: STAFF MUST COMPLETE AND ATTACH THE ORIGINAL OF THIS FORM TO EACH BP-9 WHEN THE COMPLAINT CANNOT BE INFORMALLY RESOLVED. THE BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM, EXCEPT THOSE APPEALING UDC ACTIONS. INFORMAL RESOLUTION FORMS WILL NEVER BE GIVEN TO THE INMATE TO COMPLETE.

NAME: BORKER, Vitaly   REG. NO. 64386-054   UNIT: H-A

DATE BP-9 REQUESTED: 12·5·23

DATE BP-9 ISSUED: 12·5·23

DATE BP-9 RETURNED: 12·6·23

**INMATE'S COMPLAINT:**
I request Federal Time Credits to be awarded towards my release for the following time periods: 04/28/2023 thru 07-18-2023 and 07-18-2023 thru 09-25-2023. Psychology has confirmed that I successfully completed all the FSA needs assessments.

**RELIEF REQUESTED:**
I am requesting my FTC's be updated and applied towards my release.

**ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT:**
Federal Time Credits from 04/28/2023 thru 07-17-2023 cannot be earned. Eligible offenders begin earning time credits once they arrive at their designated BOP facility. You arrived at your initial designation (FCI FTD) on 07-18-2023. You were housed in Special Housing Unit from 07-21-23 thru 09-06-2023. You were transferred to FMC Devens on 09-07-2023. The Psychology Department has confirmed you have completed the needs assessment with an effective date of 09-24-23, 12:32pm. There are no records of assessments being completed from 07-18-23 thru 09-24-23, 12:00hours. You were in SHU for most of that time period. You are earning FTC's and application toward release will occur when you receive a pattern score of low or minimum. You are currently a medium pattern score.

CORRECTIONAL COUNSELOR: M. Buckley   DATE: 12-05-2023

**UNIT MANAGER'S COMMENTS/ASSISTANCE:**

UNIT MANAGER:   DATE: 12/5/23

**FEDERAL MEDICAL CENTER, DEVENS, MASSACHUSETTS**
**RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #1184121-F1**

BORKER, Vitaly
REG. NO. 64386-054
H Unit

This is in response to your Request for Administrative Remedy, dated December 12, 2023, wherein you are concerned about the FSA Time Credit received. Specifically, you requested your "...federal time credits to be recalculated as 'earned' for the following time periods: April 28, 2023 - July 18, 2023 and July 18, 2023 – September 25, 2023."

FMC Devens staff are not involved in the process of how FSA Time Credits are calculated. As such, they are also unable to modify or change the credits that have or have not been allocated to you. Eligible offenders begin earning time credits once they arrive at their designated BOP facility. You arrived at your initial designation FCI Fort Dix on July 18, 2023.

Based on the above, your request for Administrative Remedy is for informational purposes only.

If you are not satisfied with this decision, you may appeal to the Regional Director at Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania 19106. Your appeal must be received in the Northeast Regional Office within 20 days of the date of this response.

_____          __12_/_22_/_2023__
F. J. Bowers, Warden                                     Date

RECEIPT - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 12, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : VITALY BORKER, 64386-054
      DEVENS FMC     UNT: 4 GP     QTR: H01-126U

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID      : 1184121-R1
DATE RECEIVED  : JANUARY 5, 2024
RESPONSE DUE   : MARCH 5, 2024
SUBJECT 1      : OTHER SENTENCE COMPUTATION
SUBJECT 2      :

EXHIBIT 6

DEV 1330.13B
April 20, 2001
Attachment A

INFORMAL RESOLUTION INSTRUCTIONS: STAFF MUST COMPLETE AND ATTACH THE ORIGINAL OF THIS FORM TO EACH BP-9 WHEN THE COMPLAINT CANNOT BE INFORMALLY RESOLVED. THE BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM, EXCEPT THOSE APPEALING UDC ACTIONS. INFORMAL RESOLUTION FORMS WILL NEVER BE GIVEN TO THE INMATE TO COMPLETE.

NAME: BORKER, Vitaly    REG. NO. 64386-054    UNIT: H-A

DATE BP-9 REQUESTED: 1-5-24

DATE BP-9 ISSUED: 1-5-24

DATE BP-9 RETURNED: _____

**INMATE'S COMPLAINT:**
On 12-08-2023, Probation amended my PSR by correcting my criminal history from 8 to 6. This change reduces my risk assignment from medium to low, allowing for application of earned Federal Time Credits.

**RELIEF REQUESTED:**
I request that my FSA time credit assessment sheet be corrected retroactively for the previous two time periods of (07/18/23-08/15/23) and (08-15-23-02-11-24) changing FSA-Med to FSA-Low which will allow for a factor of 15 days to begin on 02-11-2024.

**ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT:**
Unit Team has not received the amended PSI from DSCC yet. When Unit Team receives the amended PSI, Unit Team will notify you.

CORRECTIONAL COUNSELOR: M. Buckley     DATE: 01-05-2024

UNIT MANAGER'S COMMENTS/ASSISTANCE: DSCC has been contacted and they do not have an amended PSI at this time

FEDERAL MEDICAL CENTER, DEVENS, MASSACHUSETTS
RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #1186600-F1

BORKER, Vitaly
Reg. No. 64386-054
H Unit

This is in response to your Request for Administrative Remedy, received on January 9, 2024, wherein you claim your criminal history points need to be updated to reflect an amended Pre-Sentence Investigation (PSI), and request your pattern score be recalculated.

A review of the matter reveals your Unit Team contacted the United States Probation Office, Southern District of New York, regarding your concern. The USPO advised, in reference to 23-CR-273, the Court adopted your PSI without any. The USPO also related there is no amended PSI. They did acknowledge a potential retroactive change to your criminal history due to the US Sentencing Commission revising their guidelines. A supplemental report to determine your eligibility has been sent to the Court but has not been ruled on yet. These retroactive changes do not go into effect until February 2024. Your Unit Team will evaluate your case once a decision has been made.

Based upon the above information, this response is for informational purposes only.

If you are not satisfied with this decision, you may appeal to the Regional Director at Bureau of Prisons, Northeast Regional Office, U.S. Custom House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania 19106. Your appeal must be received in the Northeast Regional Office within 20 days of the date of this response.

_____
F. J. Bowers, Warden

_1/24/2024_
Date

Judge Jed S. Rakoff
January 26, 2024
Page 2

EXHIBIT 8

      Accordingly, we respectfully request that Your Honor adopt the Supplemental PSI. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Glen A. Kopp

Glen A. Kopp
Mayer Brown LLP

SO ORDERED:

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
1-29-24

EXHIBIT 9

RECEIPT - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 15, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : VITALY BORKER, 64386-054
      DEVENS FMC    UNT: 4 GP    QTR: H01-126U

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID      : 1186600-R1
DATE RECEIVED  : FEBRUARY 1, 2024
RESPONSE DUE   : APRIL 1, 2024
SUBJECT 1      : OTHER SENTENCE COMPUTATION
SUBJECT 2      :

EXHIBIT 11

## Comparison of Item Point Values in PATTERN Revised Version 1.2 and PATTERN Version 1.3

Yellow = items with scores that changed from v 1.2 to v 1.3
Red = items included in v 1.2 but not v 1.3
Orange = items included in v 1.3 but not 1.2

| Item | Category | PATTERN REVISED v 1.2 ||||  PATTERN v 1.3 ||||
|---|---|---|---|---|---|---|---|---|---|
| | | General Male | Violent Male | General Female | Violent Female | General Male | Violent Male | General Female | Violent Female |
| 1. Age at time of assessment | > 60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 51-60 | 7 | 4 | 5 | 1 | 7 | 4 | 6 | 1 |
| | 41-50 | 14 | 8 | 10 | 2 | (14) | 8 | 12 | 2 |
| | 30-40 | 21 | 12 | 15 | 3 | 21 | 12 | 18 | 3 |
| | 26-29 | 28 | 16 | 20 | 4 | 28 | 16 | 24 | 4 |
| | < 26 | 35 | 20 | 25 | 5 | 35 | 20 | 30 | 5 |
| 2. Sex offender (Walsh) | No | 0 | | | | 0 | | | |
| | Yes | 1 | | | | 2 | | | |
| 3. Violent offense | No | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| | Yes | 5 | 5 | | 3 | 5 | 7 | 1 | 3 |
| 4. Criminal history points | 0-1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2-3 | 8 | 4 | 8 | 2 | 8 | 3 | 8 | 1 |
| | 4-6 | 16 | 8 | 16 | 4 | 16 | 6 | 16 | 2 |
| | 7-9 | 24 | 12 | 24 | 6 | (24) | 9 | 24 | 3 |
| | 10-12 | 32 | 16 | 32 | 8 | 32 | 12 | 32 | 4 |
| | 13+ | 40 | 20 | 40 | 10 | 40 | 15 | 40 | 5 |
| 5. History of escapes | None | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | > 10 years minor | 2 | 1 | 3 | 2 | 3 | 2 | 3 | 1 |
| | 5-10 years minor | 4 | 2 | 6 | 4 | 6 | 4 | 6 | 2 |
| | < 5 years minor or any serious | 6 | 3 | 9 | 6 | 9 | 6 | 9 | 3 |
| 6. History of violence | None | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | > 10 years minor | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 |
| | > 15 years serious | 2 | 2 | 2 | 2 | 2 | 4 | 2 | 2 |
| | 5-10 years minor | 3 | 3 | 3 | 3 | 3 | 6 | 3 | 3 |
| | 10-15 years serious | 4 | 4 | 4 | 4 | (4) | 8 | 4 | 4 |
| | < 5 years minor | 5 | 5 | 5 | 5 | 5 | 10 | 5 | 5 |
| | 5-10 serious | 6 | 6 | 6 | 6 | 6 | 12 | 6 | 6 |
| | < 5 years serious | 7 | 7 | 7 | 7 | 7 | 14 | 7 | 7 |
| 7. Education score | Not enrolled | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number: 64386-054, Last Name: BORKER

# U.S. DEPARTMENT OF JUSTICE — FEDERAL BUREAU OF PRISONS

Register Number: 64386-054
Inmate Name
  Last.........: BORKER
  First........: VITALY
  Middle.......:
  Suffix.......:
Gender.........: MALE

Risk Level Inmate....: R-MED
  General Level......: R-MED (42)
  Violent Level......: R-LW (23)
Security Level Inmate: LOW
Security Level Facl..: LOW
Responsible Facility.: FTD
Start Incarceration..: 04/28/2023

## PATTERN Worksheet Summary

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 47 | 14 | 8 |
| Walsh w/Conviction | TRUE | 2 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 8 | 24 | 9 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 4 | 4 | 8 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 0 | 0 | 0 |
| Work Programs | 0 | 0 | 0 |
| | Total | 42 | 23 |

## PATTERN Worksheet Details

Item: Programs Completed, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
  No Data

---

Item: Work Programs, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
  No Data

FSA Time Credit Assessment
Register Number: 64386-054, Last Name: BORKER

**EXHIBIT 13**

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

```
Register Number...: 64386-054          Responsible Facility: FTD
Inmate Name                            Assessment Date.....: 09-05-2023
    Last............: BORKER           Period Start/Stop...: 07-18-2023 to 09-05-2023
    First...........: VITALY           Accrued Pgm Days....: 47
    Middle..........:                  Disallowed Pgm Days.: 2
    Suffix..........:                  FTC Towards RRC/HC..: 0
  Gender............: MALE             FTC Towards Release.: 10
  Start Incarceration: 04-28-2023      Apply FTC to Release: No
```

```
Start         Stop          Pgm Status    Pgm Days
07-18-2023    09-05-2023    accrue        47
  Cannot apply FTC
    Facility  Category  Assignment  Start              Stop
    FTD       FSA       R-MED       08-28-2023 1444    CURRENT
```

```
Start         Stop          Pgm Status    Pgm Days
07-18-2023    07-20-2023    disallow      2
  Incomplete needs assessment
    Missing Need Area(s)
      Anger/Hostility
```

```
Start         Stop          Pgm Status    Pgm Days
07-20-2023    09-05-2023    accrue        47
  Accrued Pgm Days...: 47
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 10
--- FSA Assessment ---
#    Start       Stop         Status    Risk Assignment   Risk Asn Start    Factor
001  07-18-2023  08-15-2023   ACTUAL    FSA R-MED         08-09-2023 0821   10
002  08-15-2023  02-11-2024   ACTUAL    FSA R-MED         08-09-2023 0821   10
```

FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number:64386-054, Last Name:BORKER

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number: 64386-054<br>Inmate Name<br>  Last........: BORKER<br>  First.......: VITALY<br>  Middle......:<br>  Suffix......:<br>Gender........: MALE | Risk Level Inmate....: R-MED<br>  General Level......: R-MED (46)<br>  Violent Level......: R-MED (27)<br>Security Level Inmate: LOW<br>Security Level Facl..: LOW<br>Responsible Facility.: DEV<br>Start Incarceration..: 04/28/2023 |

### PATTERN Worksheet Summary

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 47 | 14 | 8 |
| Walsh w/Conviction | TRUE | 2 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 8 | 24 | 9 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 4 | 4 | 8 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 1 | 1 | 1 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | 1 | 3 | 3 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 0 | 0 | 0 |
| Work Programs | 0 | 0 | 0 |
| | Total | 46 | 27 |

### PATTERN Worksheet Details

Item: Programs Completed, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
  No Data
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Item: Work Programs, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
  No Data

FSA Time Credit Assessment
Register Number: 64386-054, Last Name: BORKER

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number....: 64386-054 | Responsible Facility: FTD |
| Inmate Name | Assessment Date.....: 09-05-2023 |
|   Last..............: BORKER | Period Start/Stop...: 07-18-2023 to 09-05-2023 |
|   First.............: VITALY | Accrued Pgm Days....: 47 |
|   Middle............: | Disallowed Pgm Days.: 2 |
|   Suffix............: | FTC Towards RRC/HC..: 0 |
| Gender.............: MALE | FTC Towards Release.: 10 |
| Start Incarceration: 04-28-2023 | Apply FTC to Release: No |

```
Start         Stop          Pgm Status    Pgm Days
07-18-2023    09-05-2023    accrue        47
  Cannot apply FTC
    Facility  Category  Assignment  Start            Stop
    FTD       FSA       R-MED       06-28-2023 1444  CURRENT
------------------------------------------------------------------
Start         Stop          Pgm Status    Pgm Days
07-18-2023    07-20-2023    disallow      2
  Incomplete needs assessment
    Missing Need Area(s)
    Anger/Hostility
------------------------------------------------------------------
Start         Stop          Pgm Status    Pgm Days
07-20-2023    09-05-2023    accrue        47
  Accrued Pgm Days...: 47
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 10
--- FSA Assessment -----------------------------------------------
#    Start       Stop         Status    Risk Assignment  Risk Asn Start    Factor
001  07-18-2023  08-15-2023   ACTUAL    FSA R-MED        08-09-2023 0821   10
002  08-15-2023  02-11-2024   ACTUAL    FSA R-MED        08-09-2023 0821   10
```

# FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number:64386-054, Last Name:BORKER

**U.S. DEPARTMENT OF JUSTICE**            **FEDERAL BUREAU OF PRISONS**

```
Register Number: 64386-054            Risk Level Inmate....: R-LW
Inmate Name                             General Level......: R-LW (32)
   Last.........: BORKER                Violent Level......: R-LW (21)
   First........: VITALY              Security Level Inmate: LOW
   Middle.......:                     Security Level Facl..: LOW
   Suffix.......:                     Responsible Facility.: DEV
Gender.........: MALE                 Start Incarceration..: 04/28/2023
```

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 11
General Score: -12, Violent Score: -4
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | SMALL ENG | 09/11/2023 17:30 | 09/11/2023 17:30 |
| EDC | REST CON 1 | 09/12/2023 17:30 | 09/12/2023 17:30 |
| EDC | ASRJ RAILS | 09/13/2023 18:00 | 09/13/2023 18:00 |
| EDC | PALEOWORLD | 09/14/2023 17:30 | 09/14/2023 17:30 |
| EDC | MOBIL FOOD | 11/06/2023 17:30 | 11/06/2023 17:30 |
| EDC | BRAIN GAME | 11/07/2023 17:30 | 11/07/2023 17:30 |
| EDC | WORLD TRAV | 11/09/2023 17:30 | 11/09/2023 17:30 |
| EDC | 20TH CENT | 11/14/2023 08:17 | 11/14/2023 08:17 |
| EDC | BL ACHIEVE | 01/09/2024 17:00 | 01/09/2024 17:00 |
| EDC | SAMURAI HS | 01/10/2024 17:30 | 01/10/2024 17:30 |
| EDC | PIONEER TR | 01/11/2024 17:30 | 01/11/2024 17:30 |

---

Item: Work Programs, Value: 1
General Score: -1, Violent Score: -1
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | ACT WRKEYS | 10/16/2023 07:30 | 10/16/2023 07:30 |