**<u>Exhibit D</u>**

U.S. Department of Justice
Federal Bureau of Prisons
Washington, DC

**Reentry Services Division**                    **January 2024**

# First Step Act
# Approved Programs Guide



The Federal Bureau of Prisons (Bureau) protects public safety by ensuring those in federal prison receive relevant and meaningful reentry programming to support their return to the community as law-abiding citizens. Reentry efforts increase opportunities, reduce recidivism, promote public safety, and reduce institution misconduct.  To this end, the Bureau is committed to provide a robust menu of programs to address thirteen need areas for a diverse population, located in 122 institutions of varying security levels across the nation.

The Federal Bureau of Prisons (Bureau) is composed of corrections professionals who foster a humane and secure environment and ensure public safety by preparing individuals for successful reentry into our communities.  The Bureau strives to offer relevant and meaningful reentry programming to support a successful return to society, reduce recidivism, promote public safety, and reduce institution misconduct. The First Step Act (FSA) was signed into law on December 21, 2018, and directed the Bureau to further enhance reentry efforts in the following three ways:

1) **Develop a risk and needs assessment system (RNAS).**

   **RISK**:  Risk refers to the likelihood of reoffending, or recidivism, after release.  The Prisoner Assessment Tool Targeting Estimated Risk and Need (PATTERN) assesses each individual when they begin serving their sentence, and calculates a risk of recidivism measured as high, medium, low, or minimum.  The risk level is reassessed regularly throughout the sentence.

   **NEED**:  Need refers to the specific areas a person can address to lower their risk of recidivism. The Bureau assesses 13 needs areas with a tool referred to as the Standardized Prisoner Assessment for Reduction in Criminality (SPARC-13), that directly impact one's ability to live a healthy and productive life:

   | | | |
   |---|---|---|
   | • Anger/Hostility | • Family/Parenting | • Substance Use |
   | • Antisocial Peers | • Finance/Poverty | • Trauma |
   | • Cognitions | • Medical | • Work |
   | • Dyslexia | • Mental Health | |
   | • Education | • Recreation/Leisure/Fitness | |

   Bureau employees recommend programs from this guide that target each individual's needs, and needs are reassessed regularly throughout their sentence.

2) **Develop standardized Evidence-Based Recidivism Reduction (EBRR) Programs and Productive Activities (PAs).**

   The Bureau programs are designed to increase reentry success upon release. All programs within this guide are standardized, curriculum-based programs led by employees, contractors, or volunteers and have fully developed and evaluated protocols that must be administered as written.

   **EBRRs:** Structured groups or individual activities that address one or more identified needs.  These programs are shown by empirical evidence to reduce recidivism or likely reduce recidivism.

   **PAs:**  A group or individual activity that enhances skills to address identified needs.  These programs promote productivity and aid in maintaining or working toward minimum or low risk levels.  PAs include a variety of structured programs (e.g., group therapy, classes) and unstructured activities (e.g., teams, exercise, worship services).  This guide only lists structured, curriculum-based, PAs.

3) **Develop incentives and rewards for program participation and completion.**

   The Bureau offers incentives (e.g., FSA time credits and financial awards) to encourage incarcerated individuals to participate in EBRRs and PAs.  **An individual must be in opt-in status to earn FSA incentives, to include earning FSA time credits (FTCs)**.

   **Opt-In Status for FSA Incentives:**  Adults in custody may begin opt-in status upon completion of the needs assessment surveys in TRULINCS.  As noted below, earning of FTCs will begin once in opt-in status.

   **Opt-Out Status for FSA Incentives:**  Being in opt-out status will lead to disqualification from future benefits or privileges permitted by the FSA, including earning of FTCs, until the individual opts-in.  **Earning of FTCs will pause during periods of opt-out status.**  Opt-out status begins when one or more of the following occur:
   - refusal to complete any of the initial need assessments in TRULINCS
   - refusal to participate in needs assessments conducted by Bureau employees
     - to return to opt-in status, the initial assessments must be completed
   - decline recommended programming that correspond to an identified need

- – to return to opt-in status, the program decline code must be removed or changed
- refusal to participate in the Financial Responsibility Program (FRP)
  - – to return to opt-in status, the individual must participate in the FRP
- placed in disciplinary segregation
  - – opt-in status will automatically resume once removed from disciplinary segregation status
- leave a designated institution for an entire calendar day or more
  - – opt-in status will automatically resume once returned to a designated institution.

**Programming Incentives:**  Incentives are available to those in opt-in status:
- All Adults in Custody will earn additional monthly phone minutes.
- All Adults in Custody who enroll, participate, or successfully complete EBRRs will receive consideration for nearer release transfer.
- Individuals who complete EBRRs 100 hours or longer will earn a financial achievement award or preferred housing.
- Individuals who complete EBRRs under 100 hours may participate in institution incentive events.

**First Step Act Time Credit (FTC) Incentive:**  FTCs may be applied toward prerelease custody (i.e., community placement in and residential reentry center or home confinement) or early transfer to supervised release with United States Probation.
- **Eligibility for FTCs** – Eligibility status is determined by the nature of current and prior offenses, in addition to the convicting authority.  Individuals are encouraged to meet with their unit team to discuss the specifics of their eligibility status.
- **Earning FTCs** - **Those eligible for FTCs may earn 10 days of credit for every 30 days in opt-in status for FSA incentives.**  Those with low or minimum recidivism risk levels, over two consecutive assessments, will earn an additional 5 days of credit for a total of 15 days of FTCs for every 30 days in opt-in status.  **Earning status is suspended when in opt-out status, and those days are not retroactively reinstated.**
- **Applying FTCs** – Only those with a low or minimum recidivism risk level may apply their earned FTCs.
  - – Toward supervised release: Individuals must have a period of supervised release following the term of incarceration, and not have a final order of deportation or removal as defined in 8 U.S.C. 1101(a)(17).  Up to 365 days of FTCs may be applied toward supervised release.
  - – Toward prerelease: Individuals must be eligible to participate in prerelease custody and be in opt-in status at time of referral.  Pre-release placement in a residential reentry center or home confinement will be based on FTCs other than those credits already applied to early transfer for supervised release.  Those with medium or high-risk levels may petition the Warden to apply earned FTCs toward prerelease.  The Warden will determine if the individual presents a danger to society, has made a good faith effort to reduce their risk level, and is unlikely to recidivate.

For general information or questions regarding the FSA or content of this guide, contact the Reentry Services Division (RSD) by sending an email to FSA@BOP.GOV.  Specific inquiries about programs should be directed to the responsible disciplines identified in the Program Delivery section of this guide. Questions regarding FSA participation for specific individuals should be directed to unit management at the local institution.

The Reentry Services Division will update this guide at least once a year.

# TABLE OF CONTENTS

**EVIDENCE BASED RECIDIVISM REDUCTION (EBRR) PROGRAMS**           **#**
ANGER MANAGEMENT                                                    6
APPRENTICESHIP TRAINING **                                         7
ASSERT YOURSELF FOR FEMALE OFFENDERS                               8
BARTON READING AND SPELLING SYSTEM**                               9
BASIC COGNITIVE SKILLS                                            10
BRAVE***                                                         11
BUREAU LITERACY PROGRAM**                                         12
CERTIFICATION COURSE TRAINING                                     13
CHALLENGE PROGRAM***                                              14
COGNITIVE BEHAVIORAL THERAPY FOR CHRONIC PAIN                     15
COGNITIVE PROCESSING THERAPY                                      16
CRIMINAL THINKING                                                 17
DIALECTICAL BEHAVIOR THERAPY                                      18
EMOTIONAL SELF-REGULATION                                         19
ENGLISH-AS-A-SECOND LANGUAGE**                                    20
FAITH-BASED CONFLICT MANAGEMENT (FBCM) PROGRAM                    21
FAMILY PROGRAMMING SERIES                                         22
FEDERAL PRISON INDUSTRIES**                                       23
FEMALE INTEGRATED TREATMENT (FIT)***                              24
FOUNDATION                                                       25
HOOKED ON PHONICS**                                               26
ILLNESS MANAGEMENT & RECOVERY                                     27
LIFE CONNECTIONS PROGRAM***                                       28
LIFESKILLS LABORATORIES                                           29
MENTAL HEALTH STEP DOWN PROGRAM***                                30
MONEY SMART FOR ADULTS                                            31
MONEY SMART FOR OLDER ADULTS                                      32
NATIONAL PARENTING FROM PRISON PROGRAM                            33
NON-RESIDENTIAL DRUG ABUSE TREATMENT PROGRAM                      34
POST-SECONDARY EDUCATION**                                        35
RESIDENTIAL DRUG ABUSE TREATMENT PROGRAM (RDAP)***                36
RESOLVE PROGRAM                                                   37
RESOURCE TOOLS FOR REENTRY FOR TRANSGENDER INDIVIDUALS            38
SEEKING SAFETY                                                   39
SEX OFFENDER TREATMENT PROGRAM NON-RESIDENTIAL**                  40
SEX OFFENDER TREATMENT PROGRAM***                                 41
SKILLS PROGRAM***                                                 42
SOCIAL SKILLS TRAINING                                            43
STAGES PROGRAM***                                                 44
STRONGER TOGETHER, EMERGING PROUD (S.T.E.P.)                      45
THRESHOLD PROGRAM                                                 46
TRANSITION ACCEPTANCE                                             47
VOCATIONAL TRAINING**                                             48

WAYSAFE                                                      49
WELLNESS INSIDE AND OUT                                      50
WOMEN'S BASIC FINANCIAL LITERACY PROGRAM                     51
WOMEN'S CAREER EXPLORATION SERIES                            52
WOMEN'S CAREER SKILLS**                                      53
WOMEN'S LIFE SKILLS                                          54
WOMEN'S SEXUAL SAFETY                                        55
**Structured, Curriculum-Based Productive Activities**      **56-72**
**BOP Institution Index**                                   **73-74**
**RDAP Locations**                                          **75**

*RESIDENTIAL
**PROGRAMS WORTH 100 HOURS OR MORE

# ANGER

# MANAGEMENT



## DESCRIPTION

Anger Management is a cognitive-behavioral curriculum designed to help individuals better manage their anger. The protocol can be used in a group session or in an individual format. The curriculum and journal are available in English and Spanish and are gender-responsive.

The journal is designed to be used in group or individual treatment by those who have demonstrated a need for learning skills to manage strong emotions such as anger. It provides participants with a summary of core concepts, worksheets for completing between-session challenges, and space to take notes for each of the sessions. The concepts and skills presented in this treatment protocol are best learned by interactive practice, review, and by completing the between-session assignments.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions.

## NEEDS

Anger/Hostility and Cognitions

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Anger Management** must be delivered by Psychology Services.

# APPRENTICESHIP TRAINING



## DESCRIPTION

The Bureau's Career Technical Education (CTE) program falls under 3 broad categories:
1) Apprenticeship Training, 2) Certification Course Training, and 3) Vocational Training.

**Apprenticeship Training:** Apprenticeship training prepares the student for employment in various trades through structured programs underneath a journeyman in that trade, approved at the state and national levels by the Office of Apprenticeship, Employment and Training Administration, U.S. Department of Labor.

The Department of Labor requires individuals to have completed the high school equivalency. Each individual program is designed to enhance post-release employment opportunities by providing individuals with the ability to obtain marketable, in-demand employment skills.  Programs follow standardized work processes with related trade instruction, which teaches specific job skills and leads to a Department of Labor apprenticeship certificate.

A large variety of standardized Department of Labor apprenticeships are offered throughout the Bureau and are highly encouraged; individuals may participate in 2,000 to 8,000-hour programs, which are supervised by local journeymen.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions except those exempt by policy.

## NEEDS

Work

## PROGAM DELIVERY

To ensure program fidelity and proper credit, **Apprenticeship Training** must be delivered by a qualified journeyman in the specific trade.  Related trades instruction must be delivered by Education.



## DESCRIPTION

This program for incarcerated women promotes interpersonal effectiveness and targets behavior that can lead women to feel helpless about their lives. The majority of female offenders are survivors of abuse and struggle with low self-esteem. In this program, women learn to be assertive while respecting the boundaries of others. Through homework assignments and role-play, women practice skills learned throughout the program.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions with designated females.

## NEEDS

Cognitions and Family/Parenting

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Assert Yourself for Female Offenders** must be delivered by a Social Worker, Special Population Program Coordinator, or Unit Team.



# THE BARTON READING & SPELLING SYSTEM

## DESCRIPTION

The Barton Reading and Spelling System is an Orton-Gillingham influenced, scientific-based, evidence-driven, multi-sensory, direct, explicit, structured, sequential, one-to-one tutoring system that addresses the condition of dyslexia through intense intervention. It was originally designed to be used in adult literacy programs, making it an appropriate tool for use with Bureau offenders who have been identified as having characteristics of the condition of dyslexia. It was designed with adults in mind because it is never too late to significantly improve the reading, spelling, and writing skills of individuals with dyslexia.

The Barton System is aligned with the U.S. Department of Education's Federal guidelines for Multi-Tiered System of Supports (MTSS) as a 1:1 method of delivery. Following the MTSS Tier process (in which Tier 1 is instruction for all students, Tier 2 is explicit instruction for a small group of struggling students and Tier 3 is individualized instruction for one academically challenged student), the Barton System is designed to be Tier 3 individualized instruction (i.e., one student to one teacher). However, the Barton System can also be delivered as explicit instruction with up to 3 students at a time (3:1, or 3 students to 1 teacher) as a Tier 2 intervention, if the amount of instructional time is increased to accommodate more students.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS
Available at all BOP institutions.

## NEEDS
Dyslexia

## PROGRAM DELIVERY
To ensure program fidelity and proper credit, **The Barton Reading and Spelling System** must be delivered by trained Education employees.



# BASIC COGNITIVE SKILLS

## DESCRIPTION

Basic Cognitive Skills is a cognitive behavioral therapy (CBT) protocol that is used primarily for group treatment but may be used for individual treatment, in some cases. Through the use of this protocol, participants are taught basic concepts of CBT, including the 5 Rules for Rational Thinking and the use of Rational Self-Analysis (RSA). This resource is consistent with the cognitive skills modules utilized in the Bureau's Drug Abuse Treatment Programs, BRAVE Programs, Challenge Programs, FIT, Mental Health Step Down Programs, Sex Offender Treatment Program, Skills Programs, and STAGES Programs.

The Basic Cognitive Skills journal was designed as a lead-in to other CBT protocols, specifically _Emotional Self-Regulation_ and _Criminal Thinking_.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS
Available at all BOP institutions.

## NEEDS
Cognitions

## PROGRAM DEVLIERY
To ensure program fidelity and proper credit, **Basic Cognitive Skills** must be delivered by Psychology Services.



# BRAVE (RESIDENTIAL)

## DESCRIPTION

The Bureau Rehabilitation and Values Enhancement (BRAVE) program is a cognitive behavioral, residential treatment program for young males serving their first federal sentence. Offenders typically participate in this program at the beginning of their sentence. Programming is delivered within a modified therapeutic community (MTC). Participants interact in groups and attend community meetings while living in a housing unit separate from the general population.

The BRAVE program is designed to facilitate favorable institutional adjustment and reduce incidents of misconduct. In addition, the program encourages participants to interact positively with staff members and take advantage of opportunities to engage in self-improvement throughout their incarceration. Program content focuses on developing interpersonal skills, behaving prosocially in a prison environment, challenging antisocial attitudes and criminality, developing problem solving skills, and planning for release.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

| | | |
|---|---|---|
| FCI Beckley (M) | FCC Victorville (M) | FCI Greenville (M) |
| FCI EL Reno (M) | FCI Williamsburg (M) | |

Key: (L) = Low; (M) = Medium; (H)= High

## NEEDS

Antisocial Peers and Cognitions

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **BRAVE** must be delivered by Psychology Services.



## DESCRIPTION

The Bureau of Prison's Literacy Program is designed to assist every individual who does not have a high school diploma or high school equivalency credential. The literacy curricula consist of an Adult Basic Education and General Educational Development (GED) to accommodate all academic levels. Upon arrival, each person is evaluated to determine their current level of education and academic needs. They are placed in a class based on their academic levels, and an individualized plan is developed for them to assist with their knowledge/skill in reading, math, and written expression to prepare for the GED exam.

The GED curricula is comprehensive and was designed around College and Career Readiness (CCR) Standards that provide guidelines for what students should learn, and offers consistent expectations of students across all BOP institutions. The curriculum offers a "Teaching Notes" section to help teachers work across a number of content areas. Additionally, "Suggested Class Activities and Resources" sections include activities to use in the classroom to support specific objectives. Lastly, it identifies skills assessed on the GED test, which help instructors make a significant impact on increasing student performance on GED tests.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS
Available at all BOP institutions.

## NEEDS
Education

## PROGRAM DELIVERY
To ensure program fidelity and proper credit, the **Bureau Literacy Program** must be delivered by the appropriately credentialed contractors or Education.

# CERTIFICATION COURSE TRAINING



## DESCRIPTION

The Bureau's Career Technical Education (CTE) program falls under three broad categories: 1) Apprenticeship Training, 2) Certification Course Training, and 3) Vocational Training.

**Certification Course Training:** Training programs that lead to obtaining an industry recognized certification.

Generally, these programs require individuals to have completed the high school equivalency, but concurrent enrollment is sometimes possible.  Each individual program is designed to enhance post-release employment opportunities by providing those individuals with the ability to obtain marketable, in-demand employment skills. Most programs follow a competency-based curriculum, which teaches specific job skills and leads to a recognized credential, or certificate.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions.

## NEEDS

Work

## PROGAM DELIVERY

To ensure program fidelity and proper credit, **Certification Course Training** must be delivered by Education or Federal Prison Industries employees. This program may also be delivered by a qualified volunteer or contractor.



# CHALLENGE PROGRAM
# (RESIDENTIAL)

## DESCRIPTION

The Challenge Program is a cognitive behavioral, residential treatment program developed for male offenders in the United States Penitentiary (USP) settings. The Challenge Program provides treatment to high-security offenders with substance use problems and/or mental illnesses. Programming is delivered within a modified therapeutic community (MTC); individuals participate in interactive groups and attend community meetings while living in a housing unit separate from the general population. In addition to treating substance use disorders and mental illnesses, the program addresses criminality, via cognitive behavioral challenges to criminal thinking errors.

The Challenge Program is available in 13 high security institutions. Offenders interested in this program may participate at any point during their sentence; however, they must have at least 18 months remaining on their sentence. The duration of the program varies based on personal need.

An offender must meet one of the following criteria to be admitted into the Challenge Program:
- A history of drug use as evidenced by self-report, Presentence Investigation Report (PSI) documentation or incident reports for use of alcohol or drugs.
- A serious mental illness as evidenced by a current diagnosis of a psychotic disorder, mood disorder, anxiety disorder, or severe personality disorder.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

| | | | |
|---|---|---|---|
| USP Allenwood | USP Atwater | USP Beaumont | USP Big Sandy |
| USP Canaan | USP Coleman I & II | USP Hazelton | USP Lee |
| USP McCreary | USP Pollock | USP Terre Haute | USP Tucson |

## NEEDS

Anger/Hostility, Antisocial Peers, Cognitions, Mental Health, and Substance Use

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, the **Challenge Program** must be delivered by Psychology Services.



# COGNITIVE BEHAVIORAL THERAPY FOR CHRONIC PAIN

## DESCRIPTION

Cognitive Behavioral Therapy (CBT) for Chronic Pain is a program that utilizes a structured approach beginning with an interview and assessment session. Through the 10 skills-based therapy sessions, individuals will begin to develop the skills necessary to gain a sense of control over their chronic pain. Using a therapeutic relationship CBT for Chronic Pain encourages individuals to adopt an active, problem-solving approach to cope with challenges associated with chronic pain. Exercise, pacing, and relaxation techniques are incorporated into this program. Additionally, individuals will also learn to reduce the negative impact of pain on daily life, improve physical and emotional functioning, and increase effective coping skills.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions.

## NEEDS

Medical

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **CBT for Chronic Pain** must be delivered by a Mental Health Clinician.



# COGNITIVE PROCESSING THERAPY

## DESCRIPTION

Cognitive Processing Therapy is an evidence-based intervention for the treatment of Posttraumatic Stress Disorder.  This intervention combines cognitive techniques with written exposure therapy to address negative affect, intrusive images, dysfunctional thoughts, and avoidance behavior.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS
Available at all BOP institutions.

## NEEDS
Cognitions, Mental Health, and Trauma

## PROGRAM DELIVERY
To ensure program fidelity and proper credit, **Cognitive Processing Therapy** must be delivered by Psychology Services.



## DESCRIPTION

The purpose of Criminal Thinking group is to help the participant see how criminal thinking errors impact decisions in daily life. Techniques from cognitive behavioral therapy, including Rational Self Analysis (RSA), are used to identify the patterns of criminal thinking that occur in a wide range of situations. The protocol can be used in a group or in an individual format as outlined in the curriculum. The curriculum and journal are available in English and Spanish and are gender-responsive.

The Criminal Thinking journal reviews criminal thinking errors, provides education on the influence of thoughts and feelings on behaviors, and details how to conduct an RSA to improve decision-making. The concepts and skills presented in this treatment protocol are best learned by interactive practice, review, and by completing the between-session assignments.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS
Available at all BOP institutions.

## NEEDS
Antisocial Peers and Cognitions

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Criminal Thinking** must be delivered by Psychology Services.



## DESCRIPTION

Dialectical Behavior Therapy is a cognitive behavioral treatment teaching self-management of emotions and distress. This program is specifically for individuals who engage in self-directed violence, such as self-cutting, suicidal thoughts, urges, and suicide attempts. The types of skills discussed and practiced include, but are not limited to, mindfulness skills, distress tolerance skills, emotion regulation skills, and interpersonal effectiveness skills.

**Employees** should consult with the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions.

## NEEDS

Cognitions, Mental Health, and Trauma

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Dialectical Behavior Therapy** must be delivered by Psychology Services.



## DESCRIPTION

Emotional Self-Regulation is a cognitive-behavioral therapy protocol that helps the participant to explore emotions and patterns of behavior and learn strategies for managing difficult emotions. The protocol can be used as a group or in an individual format. The curriculum and journal are available in English and Spanish and are gender-responsive.

The Emotional Self-Regulation journal explores helpful ways for the participant to respond to difficult emotions that lead to more positive interactions and outcomes. The concepts and skills presented in this treatment protocol are best learned by interactive practice, review, and by completing the between-session assignments.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS
Available at all BOP institutions.

## NEEDS
Cognitions and Mental Health

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Emotional Self-Regulation** must be delivered by Psychology Services.



# ENLISH-AS-A-SECOND LANGUAGE

## DESCRIPTION

English-as-a-Second Language (ESL) is an English language education study program for non-native speakers. Students receive individual attention from their teachers as a part of differentiated learning classroom models driven by individual needs. Students learn English in cultural and social contexts that are found in the community. Classes teach different English language skills according to the students' English ability, interest, and needs. The ESL program teaches the following skills: grammar, reading, comprehension, writing and vocabulary.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS
Available at all BOP institutions.

## NEEDS
Education and Work

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **English-as-a-Second Language** must be delivered by a trained Education employee, contractor, or volunteer.



## DESCRIPTION

The Faith-Based Conflict Management (FBCM) Program builds upon evidence-based practices and cognitive behavioral modalities including interactive journaling, motivational interviewing, and the use a therapeutic community. Through active participation in the 10 sessions, students will strengthen their anger management skills, interpersonal communication skills, and conflict resolution techniques using practical spiritual principles and practices. Each session will last one hour. This non-residential program is open to offenders of all faiths and to those with no particular religious affiliation. The FBCM program is comprised of a standard curriculum consisting of a participant journal, supplemental DVD, and facilitator guide.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions.

## NEEDS

Anger Management and Cognitions

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, the **Faith-Based Conflict Management (FBCM) Program** must be delivered by leadership in Chaplaincy Services or by a qualified religious community volunteer or contractor.

# FAMILY PROGRAMMING SERIES



**DESCRIPTION**

The Family Programming Series is a 5-part gender-responsive and trauma informed care curriculum for incarcerated women and men, which is grounded in evidenced based practices of: cognitive behavioral therapy; motivational interviewing; the transtheoretical model of behavior change; and interactive journaling. The program is designed to support participants in strengthening family relationships during incarceration and after release. The program consists of a Women's Family Program Series and a Men's Family Program Series designed to address the unique challenges faced by offenders and families during incarceration. Components include: changing family dynamics, building a healthy partnership, connecting with family, becoming a caregiver, and parenting skills in prison and beyond. The program also includes interactive activities with family members and interactive videos that can be utilized during visitation to promote health family relationships.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

**LOCATIONS**

Available at all BOP institutions.

**NEEDS**

Family/Parenting; Cognitions

**PROGRAM DELIVERY**

To ensure program fidelity and proper credit, **Family Programming Series** must be delivered by the Special Populations Program Coordinator, Social Worker, Reentry Affairs Coordinator, Unit Team or qualified volunteer.



# FEDERAL PRISON INDUSTRIES

## DESCRIPTION

The mission of Federal Prison Industries, Inc. (FPI) is to protect society and reduce crime by preparing individuals for successful reentry through job training. FPI (also known by its trade name UNICOR) is a critical component of the Bureau's comprehensive efforts to improve reentry needs. By providing individuals the skills needed to join the workforce upon release, FPI reduces recidivism and helps curb the rising costs of corrections.

FPI is, first and foremost, a correctional program. Its impetus is helping individuals acquire the skills necessary to successfully make the transition from prison to law-abiding, tax paying, productive members of society. The production of items and provision of services are necessary by-products of those efforts, as FPI does not receive any appropriated funds for operation. FPI is required by statute to diversify its product offerings as much as possible in order to minimize the program's impact on any one industry. FPI currently produces over 80 types of products and services and has 6 business groups: Clothing and Textiles; Electronics; Fleet; Office Furniture; Recycling; and Services.

Workers are ordinarily hired through waiting lists. A renewed emphasis has been placed on the use of job sharing and half-time workers. This allows for an increase in the number of individuals who benefit from participating in the FPI program. FPI has placed emphasis on prioritizing those on the waiting list within three years of release for available FPI positions, with the aim of hiring individuals at least 6 months prior to release. FPI has also placed an emphasis on prioritizing those on the waiting list who are military veterans, as well as those with financial responsibilities.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

| | | | | | |
|---|---|---|---|---|---|
| FCC Allenwood | FCC Beaumont | FCC Butner | FCC Coleman | FCC Forrest City | FCC Lompoc |
| FCC Oakdale | FCC Petersburg | FCC Pollock | FCC Terre Haute | FCC Victorville | FCC Yazoo City |
| FCI Ashland (L) | FCI Bastrop (L) | FCI Beckley (M) | FCI Cumberland (M) | FCI Dublin (L)(F) | FCI Edgefield (M) |
| FCI El Reno (M) | FCI Elkton (L) | FCI Englewood (L) | FCI Estill (M) | FCI Fairton (M) | FCI Fort Dix (L) |
| FCI Gilmer (M) | FCI Greenville (M) | FCI Jesup (M) | FCI La Tuna (L) | FCI Manchester (M) | FCI Marianna (M) |
| FCI Memphis (M) | FCI Miami (L) | FCI Milan (L) | FCI Phoenix (M) | FCI Safford (L) | FCI Sandstone (L) |
| FCI Schuylkill (M) | FCI Seagoville (L) | FCI Talladega (M) | FCI Tallahassee (L)(F) | FCI Texarkana (L) | USP Atlanta (M) |
| FCI Waseca (L)(F) | FMC Lexington | FPC Bryan (F) | FPC Montgomery | FPC Pensacola | USP Marion (M) |
| USP Atwater (H) | USP Leavenworth (M) | FCI Terminal Island (M) | | | |

Key:  FCC = Complex; FPC = Federal Prison Camp;  (L) = Low; (M) = Medium; (H) = High; (F) = Female

## NEEDS

Work

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Federal Prison Industries** must be delivered by UNICOR.



## FEMALE INTEGRATED TREATMENT (RESIDENTIAL)

### DESCRIPTION

The Female Integrated Treatment (FIT) program is a residential program that offers integrated cognitive behavioral therapy (CBT) for substance use disorders, mental illness, and trauma-related disorders, as well as vocational training, to female offenders. Women with substance use disorders who qualify for the Residential Drug Abuse Treatment Program (RDAP) can complete RDAP in the context of the FIT Program and may be eligible for the associated early release benefit.

FIT operates as a modified therapeutic community (MTC) utilizing CBT in a trauma-informed, gender-responsive environment. Criminal thinking is addressed through the identification of criminal thinking errors and the promotion of prosocial interactions with employees and peers. There is a special emphasis on vocational training to prepare women with the skills they will need to support themselves and their families upon release.  For example, some women are trained as peer companions and have the opportunity to complete an apprenticeship that prepares them for work in the community as a Peer Specialist. This program works closely with Psychology Services, Recreation, Unit Management, Education, and Correctional Services to promote a multidisciplinary approach to treatment and skill building. Program content is designed to promote successful reentry into society at the conclusion of incarceration.  Program employees further support reentry by collaborating with community partners prior to release.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

### LOCATIONS

| FSL Danbury (L) | SFF Hazelton (L) | FCI Tallahassee (L) |
|---|---|---|

Key: (L) = Low

### NEEDS

Antisocial Peers, Cognitions, Mental Health, Trauma, and Work

### PROGRAM DELIVERY

To ensure program fidelity and proper credit, the **Female Integrated Treatment** program must be delivered by Psychology Services and Education.



## DESCRIPTION

Foundation is a program designed to assist women in assessing and advocating for their individual needs and translating the results of that assessment into the selection of programs and plans to meet their reentry goals. The Foundation program was designed to help newly incarcerated women chart a healthy path for themselves during their time of incarceration. Throughout the program, participants learn about a number of issues facing women. They have the opportunity to identify positive changes that will lead to a successful reentry, and consider programs and services within the facility that can help them make these changes.

The Change Plan, a Productive Activity, is a follow up to the Foundation program that focuses on the goals established in Foundation.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions with designated females.

## NEEDS

Cognitions, Education, Mental Health, and Work

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Foundation** must be delivered by a Special Populations Program Coordinator or Social Worker. At facilities housing pretrial women the Reentry Affairs Coordinator can also deliver the Foundation program.



## DESCRIPTION

Hooked on Phonics is a proven, expert-designed early language-readiness Reading program that is beneficial for adult Bureau offenders who have not yet developed English language reading capacity.  It is an intervention-based set of educational materials used to assist early readers. Although it was initially designed for grades K-2, it can be used with some adults who have lower intelligence levels or who are ELL/ESL students whose command of the English language is below the 2nd grade level. Hooked on Phonics utilizes systematic phonics instruction through scaffolding of simple sentences and paragraphs to teach letter-sound correlations for reading purposes.

NOTE: Hooked on Phonics is not the Bureau-designated EBRR program for dyslexia; rather, The Barton Reading and Spelling System is to be implemented for students who have been identified with characteristics of the condition of dyslexia.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS
Available at all BOP institutions.

## NEEDS
Education

## PROGRAM DELIVERY
To ensure program fidelity and proper credit, **Hooked on Phonics** must be delivered by Education.



# ILLNESS MANAGEMENT AND RECOVERY

## DESCRIPTION

Illness Management and Recovery (IMR) is a consumer-oriented psychological treatment protocol for individuals diagnosed with serious mental illness. Topics include recovery strategies, practical facts about mental illness, the stress-vulnerability model, building social support, using medication effectively, reducing relapses and coping with stress, problems, and symptoms. IMR is considered a front-line intervention for the treatment of serious mental illness.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS
Available at all BOP institutions.

## NEEDS
Mental Health

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Illness Management and Recovery** must be delivered by Psychology Services.

# LIFE CONNECTIONS PROGRAM (RESIDENTIAL)



| DESCRIPTION |
| --- |

The Life Connections Program (LCP) is a faith-based reentry program designed to address religious beliefs and value systems. Participants are connected with a community mentor at the institution and with a faith-based or community organization at their release destination. The LCP is a residential program aimed at strengthening participants' understanding of what it means to live and work effectively in the community. The LCP is open to those of all faiths and whom have no religious background. Participants approach the program from their own faith teachings or values-based background. The program uses standardized curricula including interactive journaling in a therapeutic group setting. It seeks to engage participants in community service projects, victim impact, mentoring, healthy living skill development, and release preparation.

The LCP uses agency chaplains and mentor coordinators as well as contracted spiritual guides, community mentors, and volunteers to work in small groups and one-on-one with program participants. This gives participants the opportunity to learn from others. Upon release, the LCP connects them with continued community mentoring and faith group support for these returning citizens.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

| LOCATIONS | | |
| --- | --- | --- |
| FCC Petersburg (L) | FCC Milan (L) | FMC Carswell (F) |
| USP Levenworth (M) | USP Terre Haute (H) | FCI Aliceville (F) |

Key: (L) = Low; (M) = Medium; (H) = High; (F) = Female

| NEEDS |
| --- |

Family/Parenting

| PROGRAM DELIVERY |
| --- |

To ensure program fidelity and proper credit, the **Life Connections Program** must be delivered by Chaplaincy Services or a qualified volunteer or contractor.



## DESCRIPTION

The LifeSkills Laboratories program was developed by Psychology Services to help individuals with serious mental health illness practice life skills and prepare for experiences they may encounter in prison and when released. Program components include a placement assessment; check pads for each module; gender-responsive facilitator guide, pocket guide, and video content; and a laboratory space. Participants in LifeSkills Laboratories will work to improve their skills in five modules: health and hygiene, budgeting and shopping, manners and self-advocacy, cleaning and clothing care, and cooking.

Each module will have three levels: beginner, intermediate and advanced. Placement in one of the three levels is determined by the completion of a comprehensive assessment prior to program entry. Participants may start at a different placement level for each of the different modules.

Staff should consult with the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

| | | | |
|---|---|---|---|
| FCI Allenwood | FCI Danbury | FCI Coleman | FMC Devens |
| USMCFP Springfield | FCI Hazelton | FCI Tallahassee | FMC Carswell |
| FMC Rochester | FCI Tucson | FCI Waseca | |

## NEEDS

Mental Health, Finance/Poverty, and Recreation/Leisure/Fitness

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, the **LifeSkills Laboratories** program must be delivered by Psychology Services.

# MENTAL HEALTH STEP DOWN (RESIDENTIAL)



| DESCRIPTION |
|---|

Mental Health Step Down (Step Down) is a unit-based, residential program offering intermediate level of care for those with serious mental illness who do not require inpatient treatment but lack the skills to function in general population. The goal of Step Down is to provide evidence-based treatment that maximizes the participants' ability to function while minimizing relapse and the need for inpatient hospitalization.

Step Down operates as a modified therapeutic community (MTC) using cognitive behavioral treatments, peer support, and skills training. Employees work closely with psychiatry to ensure participants receive appropriate medication and have the opportunity to build a positive relationship with the psychiatrist. Criminal thinking is addressed through the identification of criminal thinking errors and engagement in prosocial interactions with employees and peers. When individuals are preparing for release, intense coordination is done with social workers, Community Treatment Services (CTS), Residential Reentry Centers (RRC), Court Services and Offender Supervision Agency (CSOSA), and United States Probation Officers (USPOs) to facilitate continuity of care for reentry.

Employees should consult with program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

| LOCATIONS |
|---|

| | | |
|---|---|---|
| USP Allenwood (H) | USP Atlanta (H) | FCC Butner (M) |
| FMC Fort Worth (L) | FCI Sheridan (M) | |

Key: (L) = Low; (M) = Medium; (H) = High

| NEEDS |
|---|

Antisocial Peers, Cognitions, and Mental Health

| PROGRAM DELIVERY |
|---|

To ensure program fidelity and proper credit, the **Mental Health Step Down** program must be delivered by Psychology Services.



## DESCRIPTION

Money Smart for Adults is an instructor-led course that covers basic financial topics. Topics include a description of deposit and credit services offered by financial institutions, choosing and maintaining a checking account, spending plans, the importance of saving, how to obtain and use credit effectively, and the basics of building or repairing credit.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions.

## NEEDS

Finance/Poverty

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Money Smart for Adults** must be delivered by the Business Office or Unit Team. This program may also be delivered by a Special Populations Coordinator or a qualified volunteer or contractor.



## DESCRIPTION

Money Smart for Older Adults (MSOA) provides awareness among older adults on how to prevent elder financial exploitation and to encourage advance planning and informed financial decision-making. There are seven segments covering the following topics: Common Types of Elder Financial Exploitation, Scams Targeting Veterans, Identity Theft, Medical Identity Theft, Scams that Target Homeowners, Planning for Unexpected Life Events, and How to Be Financially Prepared for Disasters.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions.

## NEEDS

Finance/Poverty

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Money Smart for Older Adults** must be delivered by the Business Office or Unit Team. This program may also be delivered by a Special Populations Coordinator or a qualified volunteer or contractor.



**NATIONAL PARENTING FROM PRISON PROGRAM**

| DESCRIPTION |
|---|

The Bureau's National Parenting from Prison Program is a 2-phase model, focusing on services for incarcerated parents.

**PHASE I:** National Parenting Program Workshop. Phase I is a dynamic, psychoeducational course focused on parenting basics. This phase covers topics such as appropriate discipline and developmental milestones supplemented with discussion and practical exercises. An interactive DVD series is used for a portion of the Phase I program, to ensure standardization across facilities. The DVDs include discussion clips from national experts and incarcerated persons. Individuals engage in discussion and complete significant homework assignments as part of this program.

**PHASE II**: National Parenting Specialty Programs. Phase II focuses on specific parenting needs such as parenting as an incarcerated mother, father, grandparent or parenting a child with a disability. Phase II programming includes the following courses: Inside Out Dad, Mothers of Adolescents, Preparing for Motherhood, Parenting Inside Out, Parenting a Second Time Around (PASTA), Partners in Parenting, Parenting Children with Special Needs (available in Spanish), and To Parent or Not to Parent (available in Spanish).

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

| LOCATIONS |
|---|

Available at all BOP institutions.

| NEEDS |
|---|

Family/Parenting

| PROGRAM DELIVERY |
|---|

To ensure program fidelity and proper credit, the **National Parenting from Prison Program** is to be delivered by a Special Populations Program Coordinator, Reentry Affairs Coordinator, Social Worker, or Correctional Counselor. Phase II may be delivered by a qualified volunteer.

 # NON-RESIDENTIAL DRUG ABUSE TREATMENT PROGRAM

## DESCRIPTION

The Non-Residential Drug Abuse Treatment Program (NRDAP) is a psychoeducational/therapeutic group designed for general population individuals who report a history of problematic substance use. NRDAP is available to individuals at every institution. The purpose of NRDAP is to afford all individuals with a substance use problem the opportunity to receive treatment.

The content addresses criminal lifestyles and provides skill-building opportunities in the areas of managing difficult emotions, rational thinking, communication skills, and institution/community adjustment.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions.

## NEEDS

Anti-Social Peers, Cognitions and Substance Use

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, the **Non-Residential Drug Abuse Treatment Program** must be delivered by Psychology Services.



## DESCRIPTION

The Post-Secondary Education program includes courses offered to those who have completed high school equivalency requirements and are seeking to enhance their marketable skills. College level classes are provided by credentialed instructors from the community who deliver coursework leading to either the Associates or Bachelor's degree. Specific prerequisites for each program are determined by the school providing the service.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

| | | |
|---|---|---|
| FCI Bennettsville | FCI Beaumont (L)(M) | MDC Brooklyn |
| FPC Bryan | FCI Cumberland | FCI Dublin |
| FCI Englewood | FCI Gilmer | FCC Lompoc |
| FCI Milan | FCI Ray Brook | FCI Williamsburg |
| FCI Waseca | FPC Yankton | FCI Yazoo City |

Key: (L) = Low; (M) = Medium

## NEEDS

Work

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, the **Post-Secondary Education** program must be delivered by Education or a credentialed contractor.

# RESIDENTIAL DRUG ABUSE TREATMENT PROGRAM



## DESCRIPTION

The Residential Drug Abuse Treatment Program (RDAP) is operated as a modified therapeutic community (MTC); the community is the catalyst for change and focuses on the individual as a whole person with overall lifestyle change needs, not simply abstinence from drug use. RDAP encourages participants to examine their personal behavior to help them become more pro-social and to engage in "right living"— considered to be based on honesty, responsibility, hard work, and willingness to learn.

RDAP emphasizes social learning and mutual self-help. This aid to others is seen as an integral part of self-change. As program participants progress through the phases of the program, they assume greater personal and social responsibilities in the community. It is expected that program participants take on leadership and mentoring roles within the MTC as they progress in their program. Progress in treatment is based on the individual's ability to demonstrate comprehension and internalization of treatment concepts by taking behaviorally observable action to change his or her maladaptive and unhealthy behaviors. It is important to note that successful completion of the Bureau's RDAP requires completion of all three components of the program:

- Unit based treatment, described above, occurs in a BOP institution.
- Follow-up treatment continues for those who complete the unit-based component of RDAP. The individual must remain in Follow-Up Treatment for 12 months or until he/she is transferred to a Residential Reentry Center or home confinement.
- Community treatment is provided while the individual is residing at a Residential Reentry Center (RRC), home confinement, or Federal Monitoring Program (FLM) through Community Treatment Services.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS
Please refer to page 75 for institutions.

## NEEDS
Antisocial Peers, Cognitions, Substance Use, and
Mental Health (Dual Diagnosis and FIT Programs)

## PROGRAM DELIVERY
To ensure program fidelity and proper credit, the **Residential Drug Abuse Treatment Program** must be delivered by Psychology Services.



# RESOLVE PROGRAM

## DESCRIPTION

The Resolve Program is a cognitive behavioral therapy program designed to address the trauma-related mental health needs of individuals. Specifically, the program seeks to decrease the incidence of trauma-related psychological disorders and improve level of functioning. In addition, the program aims to increase the effectiveness of other treatments, such as drug treatment and healthcare. The program uses a standardized treatment protocol consisting of three components: 1) initial educational workshop (Trauma in Life/Traumatic Stress & Resilience); 2) a skills-based treatment group (Seeking Safety) and; 3) Dialectical Behavioral Therapy (DBT), Cognitive Processing Therapy (CPT), and/or a Skills Maintenance Group.

The purposes of the program include the following:
- Improving the individual's functioning by decreasing mental health symptoms that result from trauma;
- Increasing the effectiveness of other treatment programs available to the individual;
- Reducing misconduct that results from mental health and trauma related difficulties; and
- Reducing recidivism.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

| | | | |
|---|---|---|---|
| FPC Alderson (F) | FCI Aliceville (L)(F) | FCI Ashland (M) | FPC Bryan (F)(S) |
| FMC Carswell (F) | FCI Coleman (M) | USP Coleman (H) | FCI Cumberland (M) |
| FCI Danbury (L) | FCI Dublin (L)(F) | FCI Edgefield (M) | FCI Englewood (L) |
| ADX Florence | USP Florence (H) | SCP Greenville (F) | SFF Hazelton (L)(F) |
| USP Leavenworth (M) | USP Lewisburg (M) | FCI Loretto (L) | SCP Lexington (F) |
| SCP Marianna (F) | FCI Otisville (M) | FCI Oxford (M) | FPC Pekin (F) |
| FPC Phoenix (F) | FCI Safford (L) | FCI Sheridan (M) | FCI Tallahassee (L)(F) |
| USP Terre Haute (H) | FCI Victorville (M) | SCP Victorville (F) | FCI Waseca (L)(F) |

Key: ADX = Administrative; SFF = Secure Female Facility; SCP = Satellite Camp; FPC = Federal Prison Camp;
(L) = Low; (M) = Medium; (H) = High; (F) = Female; (S)= Spanish

## NEEDS

Anti-Social Peers, Cognitions, Mental Health, and Trauma

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, the **Resolve Program** must be delivered by Psychology Services.

# RESOURCE TOOLS FOR REENTRY FOR TRANSGENDER INDIVIDUALS



## DESCRIPTION

The Resource Tools for Reentry for Transgender Individuals is a gender-responsive curriculum for incarcerated women and men, grounded in the evidenced based practices of: cognitive behavioral therapy; the transtheoretical model of behavior change; motivational interviewing, mindfulness, and interactive journaling. The program is designed to help prepare transgender participants for the challenges of reintegrating into society in the topics of ID documentation, housing, employment, healthcare, and mental health.  These hurdles may be related to their gender identity as well as their criminal history. Participants will learn how to advocate for themselves and are given tools to face these challenges. Components include getting legal identification, finding safe housing, finding reliable employment, finding proper healthcare, and caring for your mental health.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions

## NEEDS

Cognitions, Mental Health

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Resource Tools for Reentry for Transgender Individuals** must be delivered by the Special Populations Program Coordinator, Reentry Affairs Coordinator or Unit Team.



**SEEKING SAFETY & SEEKING STRENGTH**

### DESCRIPTION

Seeking Safety is a present-focused, evidence-based approach to treat trauma symptoms and substance use concurrently. It is based on the premise that healing from each disorder requires attention to both disorders. This intervention teaches individuals to manage and decrease symptoms and gain control over both disorders by addressing current life problems. The Seeking Safety curriculum is called Seeking Strength at male institutions.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

### LOCATIONS

Available at all BOP institutions.

### NEEDS

Antisocial Peers, Cognitions, Mental Health, Substance Use, and Trauma

### PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Seeking Safety** must be delivered by Psychology Services.



# SEX OFFENDER TREATMENT PROGRAM NON-RESIDENTIAL

## DESCRIPTION

The Non-Residential Sex Offender Treatment Program (SOTP-NR) is designed to target dynamic risk factors associated with re-offense in sexual offenders, as demonstrated by empirical research. These factors include sexual self-regulation deficits and sexual deviancy; criminal thinking and behavior patterns; intimacy skills deficits; and emotional self-regulation deficits. The SOTP-NR uses cognitive-behavioral techniques, with a primary emphasis on skills acquisition and practice.

The SOTP-NR is available in 9 institutions with varying security levels. Ordinarily individuals will participate in the program during the remaining 36-48 months of their sentence.

Most participants in the SOTP-NR have a history of a single sexual offense and many may be first-time offenders serving a sentence for an internet-based sexual crime. Programming is voluntary. Prior to placement in the SOTP-NR, potential participants are screened with a risk assessment tool to ensure their offense history matches with moderate intensity sexual offender specific treatment.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

| | | |
|---|---|---|
| FMC Carswell (women only) | FCI Elkton | FCI Englewood | FCI Marianna |
| USP Marion | FCI Milan | FCI Petersburg | FCI Seagoville |
| USP Tucson | | | |

## NEEDS

Cognitions

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, the **Non-Residential Sex Offender Treatment Program** must be delivered by Psychology Services.

# SEX OFFENDER TREATMENT PROGRAM (RESIDENTIAL)



## DESCRIPTION

The Residential Sex Offender Treatment Program (SOTP-R) is designed to target dynamic risk factors associated with re-offense in sexual offenders, as demonstrated by empirical research. These factors include sexual self-regulation deficits and sexual deviancy; criminal thinking and behavior patterns; intimacy skills deficits; and emotional self-regulation deficits. The SOTP-R uses cognitive behavioral techniques, with a primary emphasis on skills acquisition and practice. The modified therapeutic community (MTC) model is used to address criminal attitudes and values.

The SOTP-R is available at 2 institutions. Individuals ordinarily participate in the program during the remaining 36 to 48 months of their sentence.

Participants in the SOTP-R have a history of multiple sexual offenses, extensive non-sexual criminal histories, and/or a high level of sexual deviancy or hypersexuality. The program is voluntary. Prior to placement in the SOTP-R, potential participants are screened with a risk assessment tool to ensure their offense history matches with high intensity sexual offender specific treatment.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

FMC Devens      USP Marion

## NEEDS

Antisocial Peers and Cognitions

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, the **Residential Sex Offender Treatment Program** must be delivered by Psychology Services.



# SKILLS PROGRAM (RESIDENTIAL)

## DESCRIPTION

The Skills Program is a unit-based, residential treatment program designed to improve the institutional adjustment of those who have intellectual and social impairments. Individuals with lower IQs, neurological deficits from acquired brain damage, fetal alcohol syndrome, autism spectrum disorder, and/or remarkable social skills deficits are more likely to be victimized and/or manipulated by those more sophisticated. As a result, they may be placed in the Special Housing Unit for their protection or may have frequent misconduct reports because of their limited decision-making skills. Only those who have a demonstrated need for the Skills Program and who are appropriate for housing in a medium or low security facility will be considered for participation.

Through using a modified therapeutic community (MTC), the Skills Program employs a multi-disciplinary treatment approach aimed at teaching participants basic educational and social skills. The goal of the program is to increase the academic achievement and adaptive behavior of this group of individuals, thereby improving their institutional adjustment and likelihood for successful community reentry. Some participants may become Mental Health Companions; these individuals are carefully screened and serve as supports and role models for Skills Program participants.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

FCI Coleman (M)     FCI Danbury (L)

Key: (L) = Low; (M) = Medium

## NEEDS

Antisocial Peers, Cognitions, and Mental Health

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, the **Skills Program** must be delivered by Psychology Services.



**SOCIAL SKILLS TRAINING**

## DESCRIPTION

Social Skills Training for Schizophrenia is a structured skills training intervention focused on improving social skills. Although designed for individuals suffering from schizophrenia, this resource is appropriate for any individual with moderate social skills deficits. With this intervention, social skills are taught and practiced in a small group setting but can be offered on an individual basis, as needed. Skills include basic social skills, conversation skills, assertiveness skills, conflict management skills, communal living skills, friendship and dating skills, health maintenance skills, vocational/work skills, and coping skills for drug and alcohol use.

The concepts and skills presented in this treatment protocol are best learned by interactive practice, review, and by completing the between-session assignments.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS
Available at all BOP institutions.

## NEEDS
Antisocial Peers, Cognitions, and Mental Health

## PROGRAM DELIVERY
To ensure program fidelity and proper credit, **Social Skills Training** must be delivered by Psychology.

# STAGES PROGRAM (RESIDENTIAL)



**High-Intensity Cognitive Behavioral Therapy for
Serious Mental Illness and Personality Disorders**

**DESCRIPTION**

Steps Toward Awareness, Growth, and Emotional Strength (STAGES) is a unit-based residential Psychology Treatment Program for individuals with a diagnosis of Borderline Personality Disorder. The program uses an integrative model that includes an emphasis on a modified therapeutic community (MTC), cognitive behavioral therapy, dialectical behavior therapy, and skills training. It uses evidence-based treatments to increase the time between disruptive behaviors, fosters living within the general population or community setting, and increases prosocial skills. This program aims to prepare individuals for their transition to less-secure prison settings and promote successful reentry into society at the conclusion of their terms of incarceration.

The typical STAGES participant has the following behavioral characteristics:
- A history of long-term restricted housing placements;
- Multiple incident reports and/or suicide watches;
- A long and intensifying pattern of behavior disruptive to the institution; and/or
- A demonstrated willingness to engage with treatment employees and change the way s/he deals with incarceration (although behavioral problems may continue)

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

**LOCATIONS**

USP Florence      FCI Terre Haute (M)


Key: (M) = Medium

**NEEDS**

Antisocial Peers, Cognitions, Mental Health, and Trauma

**PROGRAM DELIVERY**

To ensure program fidelity and proper credit, the **STAGES Program** must be delivered by Psychology Services.

# STRONGER TOGETHER, EMERGING PROUD (S.T.E.P.)



## DESCRIPTION

Stronger Together, Emerging Proud (S.T.E.P.) is a gender-responsive and trauma informed care curriculum for incarcerated women and men, grounded in the evidenced based practices of: cognitive behavioral therapy; the transtheoretical model of behavior change; motivational interviewing, mindfulness, and interactive journaling. The program is designed to provide a safe, supportive place for participants to discuss shared experiences as a transgender person, build their resilience and create a support system.  The program consists of a Women's Program Series and a Men's Program Series, each designed to address the unique challenges faced by offenders during incarceration.  Components include finding support, skills for resilience, exploring identity, coming out, navigating relationships, and reflecting on S.T.E.P.  The program also includes interactive videos that can be utilized during program delivery.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions.

## NEEDS

Cognitions, Mental Health, and Trauma

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Stronger Together, Emerging Proud (S.T.E.P.)** must be delivered by the Special Populations Program Coordinator or Psychology Services.

# THRESHOLD PROGRAM

## Faith-based program focused on values and life skills

### DESCRIPTION

The Threshold Program is a non-residential faith-based reentry program open to both male and females.  Like the more intensive Life Connections Program, it is open to those across the agency seeking grounding in positive values and responsibility, regardless of the presence of a religious affiliation.  Ordinarily, individuals should have less than 24 months from their proposed release dates to be considered for the program.   Curriculum is also designed for participants who desire to participate from a non-religious perspective.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

### LOCATIONS
Available at all BOP institutions.

### NEEDS
Family/Parenting

### PROGRAM DELIVERY

To ensure program fidelity and proper credit, the **Threshold Program** must be delivered by leadership in Chaplaincy Services, or the appropriately credentialed religious community volunteer, contractor, or mentor.

# TRANSITION ACCEPTANCE



## DESCRIPTION

Transition Acceptance is a gender-responsive and trauma informed care curriculum for incarcerated women and men, grounded in the evidenced based practices of: cognitive behavioral therapy; the transtheoretical model of behavior change; motivational interviewing, mindfulness, and interactive journaling. The program is designed to provide a supportive place for participants to explore the journey they're on with their gender transition.  The program consists of a Women's Program Series and a Men's Program Series, each designed to address the unique challenges faced by offenders during incarceration.  Components include setting out on my path, emotional transition, social transition, medical transition, and looking forward.  The program also includes interactive videos that can be utilized during program delivery.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS
Available at all BOP institutions.

## NEEDS
Cognitions, Mental Health, and Trauma

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Transition Acceptance** must be delivered by the Special Populations Program Coordinator or Psychology Services.

# VOCATIONAL TRAINING



**DESCRIPTION**

The Bureau's Career Technical Education (CTE) program falls under three broad categories: 1) Apprenticeship Training, 2) Certification Course Training, and 3) Vocational Training.

Vocational Training is marketable training and provides specific entry level or advanced job skills and certification that is instructor led with hands on skill building, as well as, live work projects. A variety of skilled-trades are offered to include: building trades, welding, heating ventilation and refrigeration (HVAC), highway construction, and wind-turbine technology.

Generally, these programs require individuals to have completed the high school equivalency, but concurrent enrollment is sometimes possible. Each individual program is designed to enhance post-release employment opportunities by providing those with the ability to obtain marketable, in-demand employment skills. Most programs follow a competency-based curriculum, which teaches specific job skills and leads to a recognized credential, certificate, or degree. It should be noted that some programs offer "exploratory courses," which allow individuals to explore a possible program before making a long-term commitment.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

**LOCATIONS**

Available at all BOP institutions.

**NEEDS**

Work

**PROGAM DELIVERY**

To ensure program fidelity and proper credit, **Vocational Training** must be delivered by Education or Federal Prison Industries. This program may also be delivered by a qualified volunteer or contractor.



# WAYSAFE

## DESCRIPTION

WaySafe is a planning and decision-making intervention targeting adults in custody with substance use disorders in the last phase of treatment or approaching release. It helps participants make better decisions around health risk behaviors during transition to the community. The goal of this program is to improve decision-making skills so participants can avoid at-risk behaviors regarding HIV and other viral illness spread by sex or blood contact. The facilitator utilizes psychoeducational and process-oriented interventions over six weekly sessions.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions.

## NEEDS

Medical

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **WaySafe** must be delivered by a Mental Health Clinican.

# WELLNESS: INSIDE AND OUT



## DESCRIPTION

The Wellness: Inside and Out program is a fully scripted curriculum with workbooks and an administrator manual. This program will present and build upon the *Eight Dimensions of Wellness*. Additionally, the curriculum will integrate 5 areas of concentration to include: assessments of needs, social inclusion, interaction, self-assessment, services upon release, and identified coping mechanisms.

The Wellness: Inside and Out program will target individuals who bring both physical and mental health problems to prison by offering skill-building lessons and specific goals. Using these skills, participants will begin to educate themselves and make changes in their behavior. The goal-oriented programming will also build skills that translate into successfully reentry, helping former inmates avoid future incarceration.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions.

## NEEDS

Mental Health and Recreation/Leisure/Fitness

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, the **Wellness: Inside and Out** program must be delivered by Recreation Services.

# WOMEN'S BASIC FINANCIAL



# LITERACY PROGRAM

## DESCRIPTION

The Women's Basic Financial Literacy Program teaches women strategies to assist in preparing them to meet their financial reentry goal. This program targets the financial deficits incarcerated women face including: avoiding financial pitfalls, using a checking account, methods for beginning to save for the future, understanding the use of credit and loans, creating a budget, accessing financial resources, understanding the purpose and use of insurance, and gaining financial independence.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions with designated females.

## NEEDS

Finance/Poverty

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, the **Women's Basic Financial Literacy Program** must be delivered by the Special Populations Coordinator, Education, Business Office or qualified volunteer.

# WOMEN'S CAREER



# EXPLORATION SERIES

## DESCRIPTION

The Women's Career Exploration Series is a 3-part gender-responsive and trauma informed care series, grounded in the evidenced based practices of: Cognitive Behavioral Therapy; Motivational Interviewing; the Transtheoretical Model of Behavior Change; and Interactive Journaling. It teaches strategies to help women succeed in the workplace and offers insights to assist women to overcome employment barriers and move forward toward success in a long-term career.  Components include: career path exploration, steps for success in the work place, identifying career paths that align with individual interests, building a professional network, applying for and gaining a job which leads to a career, establishing good work habits, and learning skills for thriving in the work place.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS
Available at all BOP institutions with designated females.

## NEEDS
Work

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Women's Career Exploration Series** must be delivered by the Special Populations Coordinator, Education, or qualified volunteer.



# WOMEN'S CAREER SKILLS

## DESCRIPTION

Women's Career Skills is designed to assist participants learn, develop and practice advanced skills for a fruitful career.  This includes managing their daily habits, preparing for vocational training enrollment and planning for reentry job and career acquisition.  This program includes four modules:

Communicating at Work
1.  Communication Skills
2.  Workplace Technology
3.  Responsible Digital Use

Connecting with Others
1.  Practicing Empathy
2.  Understanding Culture
3.  Managing Conflict

Planning Ahead
1.  Critical Thinking
2.  Problem Solving
3.  Goal Setting

Personal Growth
1.  Self-management
2.  Self-acceptance
3.  Personal Resilience

Each journal builds on the previous information for the next module in the series.
This curriculum includes Interactive Journals, Facilitator Guides and Companion DVDs.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS
Available at all BOP institutions with designated females.

## NEEDS
Finance/Poverty and Work

## PROGRAM DELIVERY
To ensure program fidelity and proper credit, **Women's Career Skills** must be delivered by a Special Populations Coordinator, qualified volunteer, or contractor.



# WOMEN'S LIFE SKILLS

## DESCRIPTION

Women's Life Skills is designed to assist participants with life skill deficits to develop and practice skills for success in their basic daily habits and routines.  This program addresses vocational preparation skill needs and planning for reentry.  The program includes nine journals in three modules. The program includes nine journals in three modules:

Taking Care of Myself
1. Health and Hygiene
2. Nutrition and Physical Activity
3. Cleaning and Organizing

Living in My Community
1. Planning for My Home
2. Caring for My Family
3. Organizing My Life

Preparing for Work
1. Exploring My Interests
2. Developing My Skills
3. Finding Meaningful Work

This curriculum includes interactive journals, facilitator guides and companion DVDs. Completion of the series is awarded upon completion of all three modules.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS
Available at all BOP institutions with designated females.

## NEEDS
Finance/Poverty, Recreation/Leisure/Fitness, and Work

## PROGRAM DELIVERY
To ensure program fidelity and proper credit, **Women's Life Skills** must be delivered by a Special Populations Coordinator, qualified volunteers, or contractors.



# WOMEN'S SEXUAL SAFETY

## DESCRIPTION

In Women's Sexual Safety, participants explore topics related to sexual safety, relationships, and wellbeing.  The program includes three components: Sexual Health, Sexual Safety, and Healthy Sexual Relationships.  Sexual health is a key part of overall well-being. In journal one of the program, Sexual Health, participants explore five areas of sexual health: knowledge, values, beliefs, expressions, and healthcare.  In journal two, Sexual Safety, participants learn about giving consent, setting boundaries, recognizing harmful sexual behavior, and taking steps to protect their right to sexual safety.  Healthy Sexual Relationships is the third journal in the Women's Sexual Safety Program. In this journal, participants consider what kinds of future relationships may be healthy, satisfying, and meaningful for them.

Each journal builds on the previous component.

Employees should consult the program material for length and duration of the class. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

## LOCATIONS

Available at all BOP institutions with designated females.

## NEEDS

Cognitions and Trauma

## PROGRAM DELIVERY

To ensure program fidelity and proper credit, **Women's Sexual Safety** must be delivered by a Special Populations Coordinator, qualified volunteer, or contractor.

# STRUCTURED, CURRICULUM-BASED PRODUCTIVE ACTIVITIES

Productive Activities (PA) are group or individual activites that allow an incarcerated individual to remain productive and thereby maintain or work toward achieving a minimum or low risk of recidivating. PAs include a variety of groups, programs, classes and individual activities which can be either structured or unstructured.  This guide only provides information about structured, curriculum-based PAs.

To ensure program fidelity and proper credit, program delivery includes a list of qualified employees/disciplines, contractors or volunteers who can deliver the PAs listed.  Those not listed are not recommended.

Employees should consult with program material for length and duration of the class activity. Program materials and updated SENTRY codes are located under the FSA Programs link on the Reentry Services Division Sallyport page.

| Productive Activities & Descriptions | Location(s) | Need(s) Addressed | Program Delivery |
|---|---|---|---|
| **A Healthier Me**<br><br>The Healthier Me Program is designed to help incarcerated women build healthy lifestyles by considering what a healthy life means to them and practicing skills for stress management, healthy relationships, physical activity, and mindful eating. | All female sites | Recreation/Leisure/Fitness | Recreation<br><br>Special Populations Program Coordinator<br><br>Social Worker<br><br>Unit Team |
| **A Matter of Balance**<br><br>Falling, or fear of falling, can negatively impact older adults by causing them to refrain from enjoyable or therapeutic activities. This program helps to build self-efficacy related to strength and mobility by decreasing fall-related fears. It teaches older individuals to problem-solve and improve their self-esteem. | All institutions | Recreation/Leisure/Fitness | Health Services<br><br>Recreation |
| **AARP Foundation Finances 50+**<br><br>This program provides financial education and counseling for vulnerable households, particularly adults age 50+. Older adults face unique challenges in financial planning and weak job prospects. This program will assist the older adult in financial goal setting that translates into positive financial behaviors. | All institutions | Finance/Poverty | Special Populations Program Coordinator<br><br>Unit Team<br><br>Volunteer |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **Academic Success**<br><br>This program is designed to prepare inmates for academic programs. It is delivered in a group format and may be offered to individuals in restrictive housing if the facilitator has frequent contact with the participant(s)- essentially leading discussion and demonstrating content through correspondence. The Academic Success Program consists of training in motivation and goal setting; time-management; metacognition; listening and note-taking; reading to learn; preparing for tests; interacting with others; and writing. | All institutions | Anti-Social Peers Cognitions Education | Education<br><br>Volunteer/Contractor with knowledge of program content |
| **Access**<br><br>This program is designed for incarcerated women who are survivors of domestic violence. It assists women in identifying suitable career options to become economically independent upon reentry. An interactive computer component (which can be printed and used in class) is used to explore career options. Participants also complete testing to determine what career field is best for them. | All female sites | Cognitions Mental Health Trauma | Social Worker<br><br>Special Populations Program Coordinator |
| **Alcoholics Anonymous (AA) Support Group**<br><br>This self-help approach to change reduces the likelihood of problematic drinking behaviors. AA can be guided by any Bureau employee but is essentially a self-help program. | All institutions | Substance Use | Contractor<br><br>Volunteer |
| **Aleph Institute**<br><br>The Aleph Correspondence Course program offers a wide array of learner-friendly materials from a Hebrew Reading and Writing Course to the mystical teachings of the Kabbalah. These courses further develop the student's spiritual growth and knowledge. The Aleph Institute Correspondence Course program focuses on supporting and fostering each student's individual spiritual growth. Each course includes coursework and research. | All institutions | Anti-Social Peers Cognitions Education | Volunteer |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **Arthritis Foundation Walk with Ease**<br><br>The Arthritis Foundation's Walk with Ease six-week program teaches participants how to safely make physical activity part of everyday life. Backed by studies from the Institute on Aging and Thurston Arthritis Foundation's Research, after completing this program, participants will reduce the pain and discomfort of arthritis; increase balance, strength, and walking pace; build confidence in the ability to be physically active; and improve overall health. | All institutions | Medical Recreation/Leisure/Fitness | Contractor<br><br>Health Services<br><br>Recreation<br><br>Special Populations Program Coordinator<br><br>Unit Team<br><br>Volunteer |
| **BE-ACTIV**<br><br>BE-ACTIV is a psychosocial treatment program for depression in aging adults residing in nursing care center settings. This program seeks to improve positivity by increasing the availability of, and patient engagement in, personally meaningful activities. The Mental Health Provider (MHP) assesses participants and pinpoints specific pleasant activities for focus, and meets weekly with participants to engage in pleasant events planning and setting of measurable goals. Motivational interviewing, psychotherapy and frequent positive reinforcement and engagement of other employees and support is continuous during the program. An Activity Facilitator (AF) will assist the MHP and participant in resolving any institutional barriers. The AF will coordinate the activities plan and will encourage the participant to carry out the plan. | All institutions | Mental Health | Mental Health Clinician |
| **Bereavement Support Group**<br><br>The Bereavement Support Group is a guide for starting and leading a support group for individuals experiencing grief. This is a twelve-session time-limited support group. Individuals in the group may utilize both the Understanding Your Grief book and the Understanding Your Grief journal. | All institutions | Mental Health | Mental Health Clinician<br><br>Chaplaincy Services |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **Beyond Violence: Prevention Program for Criminal-Justice Involved Women**<br><br>Beyond Violence focuses on anger and utilizes a multi-level approach and evidence-based therapeutic strategies (i.e., psychoeducation, role playing, mindfulness activities, cognitive-behavioral restructuring, and grounding skills for trauma triggers). The program is designed to assist women in understanding trauma, the aspects of anger, and emotional regulation. | All female sites | Anger/Hostility Cognitions | Special Populations Program Coordinator<br><br>Social Worker |
| **Brain Health as You Age: You can Make A Difference! Improve memory and decision-making**<br><br>This program fosters self-improvement by providing those with knowledge related to brain health and its impact on memory, judgment, decision-making, and overall physical health, as well as the contributory effect brain health has on society as a whole. | All institutions | Medical Recreation/Leisure/Fitness | Contractor<br><br>Health Services<br><br>Recreation<br><br>Special Populations Program Coordinator<br><br>Unit Team<br><br>Volunteer |
| **Brief CBT for Suicidal Individuals**<br><br>This treatment was developed for individuals who are at risk of suicide and is typically started following a suicide attempt or suicide risk assessment. The initial focus is on understanding the suicide mode and implementing crisis intervention strategies such as the development of a safety plan. The protocol also focuses on the development of cognitive strategies to help modify negative thoughts that can lead to self-directed violent behaviors. This treatment can be offered individually or in a group setting. | All institutions | Mental Health | Psychology |
| **CBT for Eating Disorders**<br><br>Cognitive Behavioral Therapy for Eating Disorders involves assessment, stabilization, and education for individuals who have been diagnosed with an eating disorder. The program focuses on behavioral monitoring, body image concerns, and the development of new skills. It can be offered in an individual or group therapy format. | All institutions | Mental Health | Psychology |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **CBT for Insomnia**<br><br>Cognitive Behavior Therapy for Insomnia helps to identify maladaptive thoughts and behaviors that can lead to persistent insomnia.  This program combines aspects of sleep hygiene, stimulus control, sleep restriction, and cognitive therapy into an integrated approach.  It can be offered individually or in a group format. | All institutions | Mental Health | Psychology |
| **CBT for Prison Gambling**<br><br>This set of 4 self-guided cognitive-behavioral handouts is designed to help individuals assess their prison gambling behavior and to develop the commitment to quit. | All institutions | Anti-Social Peers Cognitions | Psychology |
| **Change Plan**<br><br>The Change Plan focuses on the goal established in the Foundation EBRR.  As part of the Foundation Program's Personal Priorities Plan, participants identified 3 positive changes they wanted to make during incarceration. Change Plan gives participants the opportunity to focus on 1 of these changes, guiding them through 10 evidence-based strategies they can apply to this change. | All female sites | Cognitions Education Mental Health Work | Contractor<br><br>Education<br><br>Health Services<br><br>Psychology<br><br>Special Populations Program Coordinator<br><br>Social Worker<br><br>Unit Team<br><br>Volunteers |
| **Circle of Strength**<br><br>Circle of Strength is a gender responsive intervention designed specifically for incarcerated persons in Federal Detention Centers or other short-term settings. It uses a structured format to provide information and resources about topics important to newly incarcerated persons while encouraging social support among participants. | All Detention Centers | Cognitions Mental Health Trauma | Psychology<br><br>Special Populations Program Coordinator<br><br>Unit Team |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **Complicated Grief Treatment**<br><br>Complicated Grief Treatment (CGT) is a structured 16-session psychotherapy program designed to treat individuals with prolonged grief symptoms by promoting healing milestones and addressing individuals that are "stuck" adapting to loss. The underlying assumption of the intervention is that grief is a universal life event. Treatment focuses on two areas: 1) restoration of effective functioning by generating enthusiasm for the future, and 2) helping patients think about the death without evoking intense feelings of anger, guilt, or anxiety. The seven core components include: understanding grief, managing painful emotions, thinking about the future, strengthening relationships, telling the story of the death, learning to live with reminders, and remembering the person who died. | All institutions | Mental Health | Mental Health Clinician |
| **Create New Beginnings (CNB)**<br><br>Create New Beginnings (CNB) is a value-based art program that empowers incarcerated women to acknowledge and process their emotions as well as develop their self-awareness through artistic expression.  Studies show that creativity promotes positive behavior, self-confidence, and increases the likelihood of pursuing further education, particularly within incarcerated populations.  By creating a safe place for the women to share and the utilization of music and art activities to process painful emotions, CNB creates a peaceful, safe atmosphere for ongoing healing.  CNB helps women in custody be open to change, develop empathy for self and others, and strengthen their resiliency skills. | All female sites | Trauma | Certified Volunteer with Prison Fellowship |
| **Disabilities Education Program (DEP)**<br><br>DEP is a support group designed specifically for individuals living with physical disabilities while in institutions of varying security levels and focusing on reentry concerns. It uses a structured format to provide information and resources about topics important to those with varying physical disabilities while encouraging social and peer support among participants. | All institutions | Anti-Social Peers Cognitions Medical | Reentry Affairs Coordinator<br><br>Special Populations Program Coordinator |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **Drug Education**<br><br>This program is designed to encourage participants with a history of drug use to consider the consequences of their drug use and identify their drug treatment needs. Participants learn about the available treatment programs and are connected with providers from the Residential Drug Abuse Treatment Program (RDAP) or the Non-Residential Drug Abuse Treatment Program (NRDAP). Drug Education is a required class for many inmates with a drug history code. | All institutions | Substance Use | Psychology |
| **Embracing Interfaith Cooperation**<br><br>Embracing Interfaith Cooperation fosters interfaith dialogue, discussion, and understanding. It breaks down stereotypes and barriers for people and communities to serve together toward meeting common civil rights and community goals. The goal of this program is to provide an effective strategy in countering religious discrimination and extremism. | All institutions | Cognitions | Chaplaincy Services<br><br>Contractor<br><br>Volunteer |
| **Federal Prison Industries (FPI) Lean Basic Training**<br><br>Lean Basics Training provides the foundation of Lean Six Sigma practice, methodology and experience with basic tools for process improvement. This includes information regarding the development and success of LSS practice as it has evolved in major corporations. | (51) FPI facilities (see page 25 for a list of facilities) | Work | FPI Certified Instructor |
| **Franklin Covey 7 Habits on the Inside**<br><br>This program addresses interpersonal skills impacting relationships. It emphasizes character, integrity, and becoming trustworthy. It helps individuals move from the dependent state to the independent state where they accept responsibility for their thoughts and actions.  The ultimate goal of the course leads to improved relationships with family, work, and peers. | All institutions | Family/Parenting | Unit Team (Certification Required) |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **Getting to Know Your Healthy Aging Body**<br><br>This program discusses changes in organs, physique, and other physiological processes as we age. It also helps the aging population understand how to maintain the health of major biological systems. These major biological systems include the cardiovascular, digestive, and renal systems. The program also gives you valuable information on skin, ear and eyes, weight management, and sexual health. | All institutions | Medical Recreation/Leisure/Fitness | Contractor<br><br>Health Services<br><br>Recreation<br><br>Special Populations Program Coordinator<br><br>Unit Team<br><br>Volunteer |
| **Health and Wellness Throughout the Lifespan**<br><br>This program addresses the psychological effects of stress and aging. It explores the developmental psychology of people changing throughout life from infancy, through childhood, adolescence, adulthood, and death with individual needs being met at every stage of growth and development. It stresses the importance of understanding the development and the psychological effects of aging that occurs throughout the human lifespan. | All institutions | Medical Recreation/Leisure/Fitness | Contractor<br><br>Health Services<br><br>Recreation<br><br>Special Populations Program Coordinator<br><br>Unit Team<br><br>Volunteer |
| **Healthy Mind and Bodies**<br><br>Healthy Mind and Bodies is designed to enhance participation in healthy behaviors by offering group and individual activities to offenders. Participants will be provided the opportunity to reduce stress and enhance their overall health and emotional well-being through in-person classes, discussions, journal entries and homework. This program will provide participants with the knowledge of the importance of healthy living choices by addressing diet, exercise and weight management, health promotion, and disease/illness prevention. | All institutions | Recreation/Leisure/Fitness | Recreation<br><br>Special Populations Program Coordinator<br><br>Volunteer |
| **Healthy Steps for Older Adults**<br><br>Healthy Steps for Older Adults is an evidenced-based falls prevention program designed to raise participants' knowledge and awareness of steps to take to reduce falls and improve health and well-being. The goal of the program is to prevent falls, promote health, and ensure that older adults remain as independent as possible for as long as possible. | All institutions | Medical Recreation/Leisure/Fitness | Contractor<br><br>Health Services<br><br>Recreation<br><br>Special Populations Program Coordinator<br><br>Unit Team<br><br>Volunteer |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **Houses of Healing: A Prisoner's Guide to Inner Power and Freedom**<br><br>Houses of Healing is an intervention program that teaches emotional literacy skills. Emotional literacy is the ability to perceive, understand, and communicate emotions with self and to others. Emotional literacy is also consistent with the concept of emotional intelligence--the ability to monitor one's feelings and emotions, and to use that information to guide thinking and actions. | All institutions | Cognitions | Chaplaincy Services<br><br>Contractor<br><br>Volunteer |
| **K2 Awareness Program**<br><br>This program is for individuals suspected of or known to have used K2. It is designed to educate them about the risks of drug use, motivate them to seek drug treatment during their incarceration, and increase their awareness of available treatment resources. The ultimate goal is to reduce K2 use, thereby increasing the safety and security of the institution for employees and offenders. | All institutions | Substance Use | Contractor<br><br>Custody<br><br>Education<br><br>Health Services<br><br>Unit Team<br><br>Volunteer |
| **Living a Healthy Life with Chronic Conditions**<br><br>This program assists participants in improving mental and physical well-being. This program is designed for older adults impacted by chronic conditions. It includes 19 topics with flexibility to modify sessions based on group needs. | All institutions | Medical<br>Recreation/Leisure/Fitness | Contractor<br><br>Health Services<br><br>Recreation<br><br>Special Populations Program Coordinator<br><br>Unit Team<br><br>Volunteer |
| **Managing Your Diabetes**<br><br>Managing Your Diabetes is designed to teach individuals how to effectively manage their chronic disease. | All institutions | Medical | Health Services<br><br>Volunteer<br><br>(with appropriate credentials Nurse/Dietician) |
| **Mental Health Maintenance**<br><br>Mental Health Maintenance is a treatment protocol designed for CARE2-MH participants who have become proficient in self-management skills through participation in individual psychotherapy, a priority-practice group, or a psychology treatment program. The protocol is designed for clients who have met their primary treatment goals and have achieved a degree of stability in their mental health functioning, suggesting mental health recovery has been at least partially obtained. It uses a structured format focused on applying core treatment concepts to the participant's daily life. | All institutions | Mental Health | Psychology |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **Mindfulness-Based Cognitive Therapy**<br><br>Mindfulness-Based Cognitive Therapy is a group intervention aimed at preventing symptom relapse in individuals who have a history of depression. In this treatment program, participants learn to engage in daily practice of mindfulness skills and cognitive behavioral techniques to treat the symptoms of depression. | All institutions | Mental Health | Psychology |
| **Narcotics Anonymous (NA)**<br><br>This self-help approach to change reduces the likelihood of future drug use. NA can be guided by any volunteer, but is essentially a self-help program. | All institutions | Substance Use | Volunteer |
| **National Diabetes Prevention Program**<br><br>This is a preventative program to assist at-risk and older adults in living healthier lifestyles and increasing physical activity. Diabetes can affect persons at all ages, but this program is recommended by the developers for any person over 60, because risk increases with age. | All institutions | Medical<br>Recreation/Leisure/Fitness | Contractor<br><br>Health Services<br><br>Recreation<br><br>Special Populations Program Coordinator<br><br>Unit Team<br><br>Volunteer |
| **PEER**<br><br>The Personal Education & Enrichment Resources (PEER) support group is designed for those living with cognitive and physical disabilities while in institutions of varying security levels. This facilitator-led group provides information and resources about topics important to individuals with varying disabilities while encouraging social and peer support among participants. | All institutions | Anti-Social Peers | Special Populations Program Coordinator<br><br>Social Worker<br><br>Unit Team |
| **Preparing for Success After Prison**<br><br>Preparing for Success After Prison (PSAP) is a condensed two-part program to include an Introductory Course and an Intermediate Course. This program is designed to assist current adults in custody with understanding the importance of making goal-oriented decisions that align with each individuals' values and definition of success through a 5-step process: Defining Success; Creating a Plan; Setting Priorities; Building Tools, Tactics, and Resources; Creating accountability logs showing how you're executing the plan. | All institutions | Cognitions | Reentry Affairs Coordinator |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **Pu'a Foundation Reentry Program**<br><br>This is a trauma-informed care program for female offenders at FDC Honolulu grounded in Hawaiian culture. The program focuses on families affected by trauma and incarceration with a special emphasis on women, girls, and Native Hawaiian participants. | FDC Honolulu | Family/Parenting<br>Trauma | Contractor<br>Education<br>Social Worker<br>Unit Team<br>Volunteer |
| **Reach Out, Stay Strong, Essentials for Mothers of Newborns (ROSE)**<br><br>The ROSE Program is a five-session intervention to reduce the occurrence of postpartum depression symptoms that is delivered during pregnancy and includes a postpartum session. ROSE may be delivered in groups of up to 12 participants or individually. This program offers open enrollment so participants may join at any time during its provision and may complete the sessions out of order. The core elements include psychoeducation on postpartum depression, managing stress in transition to motherhood, social support, redefining expectations for self, and relationships. Session topics include communication skills via role play, stress management skills, and building social support. | All female sites | Family/Parenting<br>Mental Health | Social Worker<br>Special Populations Program Coordinator |
| **Redefining the Misson: Veterans Reentry Program**<br><br>Redefining the Mission: Veterans Reentry Program is a non-residential interactive journal group for both male and female adults in custody. This program prepares veterans for the barriers they may face at the time of reentry by focusing on the veterans needs while transitioning into civilian life after the military. | All Institutions | Finance/Poverty<br>Work | Contractor<br>Special Populations Program Coordinator<br>Volunteer |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **Resilience Support**<br><br>Resilience Support is a support group designed specifically for veterans living in institutions of varying security levels. It uses a structured format to provide resilience-building skills to veterans of all uniformed services encouraging peer and social support among participants. It emphasizes positive interpersonal relationships, physical and mental wellness, discovery of life purpose and meaning, self-compassion, and personal growth. The support group provides strategies to improve an individual's ability to adapt to adversity. | All institutions | Anti-Social Peers<br>Cognitions | Reentry Affairs Coordinator<br><br>Special Populations Program Coordinator<br><br>Unit Team<br><br>Volunteer |
| **Service Fit**<br><br>This program is an 8-week, uniformed service inspired program designed specifically for veterans housed in a correctional facility. It uses a structured format to provide physical activity supporting a healthy lifestyle while encouraging social and peer support among participants. | All institutions | Recreation/Leisure/Fitness | Contractor<br><br>Health Services<br><br>Recreation<br><br>Unit Team<br><br>Volunteer |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **Sexual Self-Regulation (SSR)**<br><br>The SSR treatment protocol is designed to teach the practice of self-management skills to gain effective control over sexually deviant behaviors and sexual preoccupation. To accomplish this task, participants are required to understand deviant sexual fantasies or urges and the factors that exacerbate or escalate sexual arousal. With this understanding, participants construct a plan to manage recurrent deviant arousal. The protocol can be used within a Sex Offender Treatment Program or as a stand-alone group. Prior to starting SSR, participants should complete Basic Cognitive Skills (BCS), which teaches the basics of Rational Emotive Behavioral Therapy (REBT) and Rational Self Checks (RSC.)<br><br>Provision of sex offender treatment services requires specialized knowledge and competencies. Non-Sex Offender Management Program (SOMP) institutions proposing to implement SSR require approval from the Sex Offender Program employees in the Central Office Psychology Services Branch. If you are interested in offering this group at your institution, please contact the National Sex Offender Treatment Program Coordinator. We may be able to assist you in obtaining the requisite training. Clinicians approved to provide SSR will receive an approval email, which should be retained for verification purposes. Psychology employees lacking approval should not implement SSR at their institution. | All institutions | Cognitions | Psychology<br><br>(Provider must consult and receive written approval by PSB prior to delivery of services) |
| **Soldier On**<br><br>Soldier On is a support group designed specifically for veterans living in varying security levels. It uses a structured format to provide information and resources about topics important to veterans of all uniformed services encouraging social and peer support among participants. | All institutions | Anti-Social Peers<br>Trauma | Contractor<br><br>Special Populations Program Coordinator<br><br>Social Worker<br><br>Unit Team<br><br>Volunteer |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **Square One: Essentials for Women**<br><br>Square One is a basic life skills program designed specifically for female offenders. Although any woman may participate, it is designed to meet the needs of lower functioning women or those who have not lived or worked independently. The program adheres to principles associated with cognitive-behavioral approaches. | All female sites | Finance/Poverty<br>Mental Health<br>Recreation/Leisure/Fitness | Business Office<br><br>Contractor<br><br>Education<br><br>Health Services<br><br>Special Populations Program Coordinator<br><br>Social Worker<br><br>Unit Team<br><br>Volunteer |
| **Start Now**<br><br>This program is designed for use in correctional facilities to treat offenders with behavioral disorders and associated behavioral problems. Start Now is designed as a strengths-based approach, focusing on an accepting and collaborative clinical style. It places the primary responsibility for change on the individual. It includes a gender-responsive program that was developed specifically for female offenders. | All institutions (gendered curricula) | Anger/Hostility<br>Cognitions | Contractor<br><br>Education<br><br>Health Services<br><br>Psychology<br><br>Special Populations Program Coordinator<br><br>Social Worker<br><br>Unit Team<br><br>Volunteer |
| **Supported Employment**<br><br>Supported Employment is designed to carefully match seriously mentally ill individuals with competitive job opportunities in the institutional setting suitable to their interests and abilities. The program incorporates therapeutic support through the process of job acquisition and daily performance. | All institutions | Education<br>Mental Health<br>Work | Psychology |
| **Talking with Your Doctor: Guide for Older Adults**<br><br>This program offers tips on how older adults can prepare for a medical appointment; effectively discuss health concerns; coordinate assistance from family and friends; make decisions with the doctor about treatment; identify appropriate assisted living; and much more. | All institutions | Medical<br>Recreation/Leisure/Fitness | Health Services<br><br>Recreation |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **Trauma Education**<br><br>Trauma in Life (for females) and Traumatic Stress and Resilience (for males) - The purpose of the Trauma Education workshop is to provide information about understanding traumatic experiences, the impact of traumatic experiences, building resilience, and resolving difficulties through treatment. This group is designed to be educational and does not discuss specific personal traumas during group sessions. Completion can help determine if further trauma treatment is needed. | All institutions | Mental Health Trauma | Psychology |
| **Ultra Key 6: The Ultimate Keyboarding Tutor**<br><br>Ultra Key 6 places a strong emphasis on learning proper typing technique and typing accuracy, as well as speed. It emphasizes mastery of correct typing posture and fluent keystroke memory results in improved typing speed with practice. The program is adaptive and allows users to progress at their own pace. | All institutions | Education Work | Contractor<br><br>Education |
| **Understanding Your Feelings: Shame and Low Self Esteem**<br><br>This program helps women evaluate the role of shame and low self-esteem in their lives. Risk factors are identified for each individual, and coping skills to improve self-worth are learned and practiced. | All female sites | Cognitions Mental Health Trauma | Education<br><br>Health Services<br><br>Special Populations Program Coordinator<br><br>Social Worker |
| **Veterans Career Exploration**<br><br>A three-part career explorations program for incarcerated veterans which helps identify skills for pursuing, applying for and being successful in a long-term civilian career. This program places emphasis on translating military skills into civilian career skills, finding meaning and purpose in a civilian career, communication in a civilian workplace, finding a work-life balance and managing stress. | All institutions | Finance/Poverty Work | Contractor<br><br>Special Populations Program Coordinator<br><br>Volunteer |
| **Victim Impact: Listen and Learn**<br><br>A rehabilitative program that puts "victims first." Students who participate will be provided with a skillset to understand the impact crimes have on their victims. | All institutions | Cognitions | Health Services<br><br>Unit Team |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **Wellness Recovery Action Plan**<br><br>The Wellness Recovery Action Plan (WRAP) is a recovery-oriented, evidence-based practice that teaches individuals with a serious mental illness to maintain their recovery through wellness activities and to identify desired treatment and supports prior to crises. | All institutions | Mental Health | Psychology |
| **Women in the 21st Century Workplace**<br><br>This program addresses workforce and soft skills of women with longer sentences. It is based on a Department of Labor program and adapted for use with incarcerated women. The program identifies women's roles in the modern workforce and assists participants in understanding important job-related skills. | All female sites | Education<br>Work | Contractor<br><br>Education<br><br>FPI<br><br>Special Populations Program Coordinator<br><br>Social Worker<br><br>Volunteer |
| **Women's Aging: Aging Well**<br><br>The Aging Well Program is for incarcerated women ages 45 and up. Its goal is to help women learn valuable information on aging, learn helpful strategies for change, and access the support of positive peers. The program helps women age well in the areas of meaning and purpose, physical health, mental and emotional well-being, healthy relationships, and planning for the future. | All female sites | Medical<br>Recreation/Leisure/Fitness | Special Populations Program Coordinator<br><br>Social Worker<br><br>Volunteer |
| **Women's Relationships**<br><br>This cognitive behavioral therapy group assists women in identifying and developing healthy, prosocial relationships with friends, family, and acquaintances. | All female sites | Anti-Social Peers<br>Cognitions<br>Family/Parenting | Contractor<br><br>Education<br><br>Special Populations Program Coordinator<br><br>Social Worker<br><br>Volunteer |
| **Women's Relationships II**<br><br>This 7-part gender responsive and trauma informed series for women examines the relationships of incarcerated women. The program explores self-image, connections with others, building healthy relationships, communication techniques and the transitioning of relationships. | All female sites | Anti-Social Peers<br>Cognitions<br>Family/Parenting<br>Trauma | Contractor<br><br>Education<br><br>Special Populations Program Coordinator<br><br>Social Worker<br><br>Volunteer |

| Productive Activities & Descriptions | Location(s) | Needs Addressed | Program Delivery |
|---|---|---|---|
| **Women's Reflections Group**<br><br>The Women's Reflections Group targets women who are struggling to make good choices, may be transitioning from special housing, or are experiencing difficulty addressing environmental stressors.  The program gives incarcerated women a safe and comfortable place where they can process problems and emotional concerns they are experiencing, and gain tools needed to work toward solving these problems.  Members gain insight into their own thoughts and behavior. | All female sites | Anti-Social Peers Cognitions | Reentry Affairs Coordinator<br><br>Special Populations Program Coordinator |
| **Your Guide to Labor and Birth**<br><br>Your Guide to Labor and Birth is a comprehensive pregnancy education program completed during pregnancy. It covers the perinatal period and provides education to expectant mothers on pregnancy-related topics, such as preparing for birth, having a healthy pregnancy, nutrition and exercise, pain and comfort, labor and birth, medical interventions during pregnancy, parenting adjustment, and newborn care. It may be delivered in a group setting or individually with a flexible number of sessions. | All female sites | Family/Parenting | Social Worker<br><br>Special Populations Program Coordinator |

# BOP Institution Index

**Alabama**
FCI Aliceville (ALI)        FPC Montgomery (MON)      FCI Talladega (TAL)

**Arizona**
FCI Phoenix (PHX)          FCI Safford (SAF)         FCC Tucson (TCP)

**Arkansas**
FCC Forrest City

**California**
USP Atwater (ATW)          MDC Los Angeles (LOS)     FCI Herlong (HER)        FCC Lompoc (LOX)
FCI Mendota (MEN)          MCC San Diego (SDC)       FCI Terminal Island (TRM) FCC Victorville (VIX)
FCI Dublin (DUB)

**Colorado**
FCI Englewood (ENG)        FCC Florence (FLX)

**Connecticut**
FCI Danbury (DAN)

**Florida**
FCC Coleman (COX)          FCI Marianna (MNA)        FCI Miami (MIA)          FDC Miami (MIM)
FPC Pensacola (PEN)        FCI Tallahassee (TAL)

**Georgia**
USP Atlanta (ATL)          FCI Jesup (JES)

**Hawaii**
FDC Honolulu (HON)

**Illinois**
MCC Chicago (CCC)          FCI Greenville (GRE)      USP Marion (MAR)         FCI Pekin (PEK)
USP Thomson (TOM)

**Indiana**
FCC Terre Haute (THP)

**Kansas**
USP Leavenworth (LVN)

**Kentucky**
FCI Ashland (ASH)          USP Big Sandy (BSY)       FCI Manchester (MAN)     USP McCreary (MCR)
FMC Lexington (LEX)

**Louisiana**
FCC Oakdale (OAX)          FCC Pollock (POX)

**Maryland**
FCI Cumberland (CUM)

**Massachusetts**
FMC Devens (DEV)

**Michigan**
FCI Milan (MIL)

**Minnesota**
FPC Duluth (DTH)           FMC Rochester (RCH)       FCI Sandstone (SST)      FCI Waseca (WAS)

**Mississippi**
FCC Yazoo City (YAZ)

**Missouri**
MCFP Springfield (SPG)

**New Hampshire**
FCI Berlin (BER)

**New Jersey**
FCI Fairton (FAI)          FCI Fort Dix (FTD)

**New York**
MCC New York (Temporarily Closed)          MDC Brooklyn (BRO)          FCI Otisville (OTV)
FCI Ray Brook (RBK)

**North Carolina**
FCC Butner (BUX)

**Ohio**
FCI Elkton (ELK)

**Oklahoma**
FCI El Reno (ERE)          FTC Oklahoma City (OKL)

**Oregon**
FCI Sheridan (SHE)

**Pennsylvania**
FCC Allenwood (ALX)          USP Canaan (CAA)          USP Lewisburg (LEW)          FCI Loretto (LOR)
FCI McKean (MCK)          FCI Schuylkill (SCH)          FDC Philadelphia (PHL)

**Puerto Rico**
MDC Guaynabo

**South Carolina**
FCI Bennettsville (BEN)          FCI Edgefield (EDG)          FCI Estill (EST)          FCI Williamsburg (WIL)

**South Dakota**
FPC Yankton (YAN)

**Tennessee**
FCI Memphis (MEM)

**Texas**
FCI Bastrop (BAS)          FCC Beaumont (BMX)          FCI Big Spring (BIG)          FPC Bryan (BRY)
FMC Carswell (CRW)          FMC Fort Worth (FTW)          FDC Houston (HOU)          FCI La Tuna (LAT)
FCI Seagoville (SEA)          FCI Texarkana (TEX)          FCI Three Rivers (TRV)

**Virginia**
USP Lee (LEE)          FCC Petersburg (PEX)

**Washington**
FDC Sea Tac (SET)

**West Virginia**
FPC Alderson (ALD)          FCI Beckley (BEC)          FCI Gilmer (GIL)          FCC Hazelton (HAX)
FCI McDowell (MCD)          FCI Morgantown (MRG)

**Wisconsin**
FCI Oxford (OXF)

Specific information for each location can be found:  https://www.bop.gov/locations/list.jsp

## RESIDENTIAL DRUG ABUSE PROGRAMS (RDAP) AND LOCATIONS

**MID-ATLANTIC REGION**
FPC Alderson (WV) ✳
FCI Beckley (WV)
USP Big Sandy (KY)
FCI-I Butner (NC)
FCI-II Butner (NC)
FCI Cumberland (MD)
SCP Cumberland (MD)
FMC Lexington 1 (KY)
FMC Lexington 2 (KY) ★
FCI Memphis (TN)
FCI Morgantown (WV)
FCI Petersburg – L (VA)
FCI Petersburg – M (VA)

**SOUTH CENTRAL REGION**
FCI Bastrop (TX)
FCI Beaumont – L (TX)
FCI Beaumont – M (TX)
USP Beaumont (TX)
FPC Bryan (TX) ✳
FMC Carswell (TX) ✳ ★
FCI El Reno (OK)
FCI Forrest City – L (AR)
FCI Forrest City – M (AR)
FMC Fort Worth (TX)
FCI La Tuna (TX)
FCI Seagoville (TX)
SCP Texarkana (TX)

**NORTH CENTRAL REGION**
FPC Duluth (MN)
FCI Englewood (CO)
FCI Florence (CO)
USP Florence (CO)
SCP Greenville (IL) ✳
SCP Leavenworth (KS)
USP Marion (IL)
FCI Milan (MI)
FCI Oxford (WI)
FCI Sandstone (MN)
MCFP Springfield (MO) ★
FCI Terre Haute (IN)
FCI Waseca (MN) ✳
FPC Yankton (SD)

**SOUTHEAST REGION**
FCI Coleman – L (FL)
USP-II Coleman (FL)
SCP Edgefield (SC)
FSL Jesup (GA)
FCI Marianna (FL)
FCI Miami (FL) **S̲**
FPC Montgomery 1 (AL)
FPC Montgomery 2 (AL)
FPC Pensacola (FL)
FCI Yazoo City – L (MS)

**NORTHEAST REGION**
FCI Allenwood – L (PA)
FCI Allenwood – M (PA)
USP Canaan (PA)
FCI Danbury (CT)
FCI Elkton (OH)
FCI Fairton (NJ)
FCI Fort Dix 1 (NJ)
FCI Fort Dix 2 (NJ)
SCP Lewisburg (PA)
SCP McKean (PA)
FCI Schuylkill (PA)

**WESTERN REGION**
FCI Herlong (CA)
FCI Lompoc (CA)
FCI Phoenix (AZ)
SCP Phoenix (AZ) ✳
FCI Safford (AZ)
FCI Sheridan (OR)
SCP Sheridan (OR)
FCI Terminal Island 1 (CA)
FCI Terminal Island 2 (CA) ★

**KEY**
FCI = Federal Correctional Institution
FMC = Federal Medical Center
FPC = Federal Prison Camp
FSL = Federal Satellite Low
MCFP = Medical Center for Federal Prisoners
SCP = Satellite Prison Camp
SFF = Secure Female Facility
USP = U.S. Penitentiary
Red = RDAPs in the same facility
✳ Female Facility
★ Co-occurring Disorder Program
**S̲** Spanish Program

**FEMALE INTEGRATED TREATMENT (FIT) PROGRAMS**
NORTHEAST REGION:          FCI Danbury (CT)
MID-ATLANTIC REGION:       SFF Hazelton (WV)
SOUTHEAST REGION:          FCI Tallahassee (FL)
SOUTH CENTRAL REGION:  FMC Carswell (TX) **S̲**