**Exhibit E**

```
 DEVGX  531.01 *              INMATE HISTORY                *     05-08-2024
 PAGE 001       *                ADM-REL                    *     12:43:21
```

```
REG NO..: 64386-054 NAME....: BORKER, VITALY
CATEGORY: ARS       FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                START DATE/TIME  STOP  DATE/TIME
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL 09-07-2023 1236 CURRENT
B10    RELEASE     RELEASED FROM IN-TRANSIT FACL 09-07-2023 1236 09-07-2023 1236
B10    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-07-2023 0253 09-07-2023 1236
BRO    HLD REMOVE  HOLDOVER REMOVED              09-07-2023 0253 09-07-2023 0253
BRO    A-BOP HLD   HOLDOVER FOR INST TO INST TRF 09-06-2023 1313 09-07-2023 0253
B15    RELEASE     RELEASED FROM IN-TRANSIT FACL 09-06-2023 1313 09-06-2023 1313
B15    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-06-2023 1033 09-06-2023 1313
FTD    TRANSFER    TRANSFER                      09-06-2023 1033 09-06-2023 1033
FTD    A-DES       DESIGNATED, AT ASSIGNED FACIL 07-18-2023 1615 09-06-2023 1033
B15    RELEASE     RELEASED FROM IN-TRANSIT FACL 07-18-2023 1615 07-18-2023 1615
B15    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 07-18-2023 1347 07-18-2023 1615
BRO    HLD REMOVE  HOLDOVER REMOVED              07-18-2023 1347 07-18-2023 1347
BRO    A-HLD       HOLDOVER, TEMPORARILY HOUSED  05-17-2023 1301 07-18-2023 1347
BRO    COURT       COURT APPEARANCE W/SCHED RETRN 05-17-2023 0846 05-17-2023 1301
BRO    A-HLD       HOLDOVER, TEMPORARILY HOUSED  04-28-2023 1839 05-17-2023 0846
BRO    COURT       COURT APPEARANCE W/SCHED RETRN 04-28-2023 0804 04-28-2023 1839
BRO    A-HLD       HOLDOVER, TEMPORARILY HOUSED  04-06-2023 1036 04-28-2023 0804
CNK    GCT REL     GOOD CONDUCT TIME RELEASE     11-12-2020 1111 04-06-2023 1036
CNK    A-HC SENT   HOME CONFINEMENT-SENTENCED    09-24-2020 1132 11-12-2020 1111
1-R    RELEASE     RELEASED FROM IN-TRANSIT FACL 09-24-2020 1132 09-24-2020 1132
1-R    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-24-2020 1130 09-24-2020 1132
CNK    TRANSFER    TRANSFER                      09-24-2020 1130 09-24-2020 1130
CNK    A-DES       DESIGNATED, AT ASSIGNED FACIL 06-16-2020 1802 09-24-2020 1130
5-P    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-16-2020 1802 06-16-2020 1802
5-P    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-16-2020 0839 06-16-2020 1802
SCH    FURL TRANS  FURL W/UNESCORTED TRF TO A CCC 06-16-2020 0839 06-16-2020 0839
SCH    A-DES       DESIGNATED, AT ASSIGNED FACIL 06-10-2019 0843 06-16-2020 0839
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-10-2019 0843 06-10-2019 0843
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-10-2019 0615 06-10-2019 0843
CAA    HLD REMOVE  HOLDOVER REMOVED              06-10-2019 0615 06-10-2019 0615
CAA    A-BOP HLD   HOLDOVER FOR INST TO INST TRF 06-05-2019 0645 06-10-2019 0615
B04    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-05-2019 0645 06-05-2019 0645
B04    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-05-2019 0218 06-05-2019 0645
BRO    HLD REMOVE  HOLDOVER REMOVED              06-05-2019 0218 06-05-2019 0218
BRO    A-HLD       HOLDOVER, TEMPORARILY HOUSED  04-24-2019 0802 06-05-2019 0218
BRO    ADM CHANGE  RELEASE FOR ADMISSION CHANGE  04-24-2019 0800 04-24-2019 0802
BRO    A-PRE       PRE-SENT ADMIT, ADULT         02-28-2019 0707 04-24-2019 0800
BRO    GCT REL     GOOD CONDUCT TIME RELEASE     02-28-2019 0705 02-28-2019 0707
BRO    A-HLD       HOLDOVER, TEMPORARILY HOUSED  06-05-2017 2109 02-28-2019 0705
NYM    BAIL/BOND   BAIL/BOND                     05-26-2017 1524 06-05-2017 2109
NYM    A-PRE       PRE-SENT ADMIT, ADULT         05-25-2017 1910 05-26-2017 1524




G0002        MORE PAGES TO FOLLOW . . .
```

```
DEVGX  531.01 *             INMATE HISTORY              *     05-08-2024
PAGE 002 OF 002 *              ADM-REL                  *      12:43:21

 REG NO..: 64386-054 NAME....: BORKER, VITALY
 CATEGORY: ARS       FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
CNK    GCT REL    GOOD CONDUCT TIME RELEASE  09-04-2015 0658 05-25-2017 1910
CNK    A-DES      DESIGNATED, AT ASSIGNED FACIL 03-11-2015 1230 09-04-2015 0658
5-R    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-11-2015 1230 03-11-2015 1230
5-R    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-11-2015 0736 03-11-2015 1230
ALF    FURL TRANS FURL W/UNESCORTED TRF TO A CCC 03-11-2015 0736 03-11-2015 0736
ALF    A-DES      DESIGNATED, AT ASSIGNED FACIL 01-04-2013 1443 03-11-2015 0736
8-C    RELEASE    RELEASED FROM IN-TRANSIT FACL 01-04-2013 1443 01-04-2013 1443
8-C    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-04-2013 1110 01-04-2013 1443
CAA    HLD REMOVE HOLDOVER REMOVED           01-04-2013 1110 01-04-2013 1110
CAA    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 12-28-2012 0820 01-04-2013 1110
B01    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-28-2012 0820 12-28-2012 0820
B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-28-2012 0558 12-28-2012 0820
BRO    HLD REMOVE HOLDOVER REMOVED           12-28-2012 0558 12-28-2012 0558
BRO    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 12-27-2012 1214 12-28-2012 0558
B15    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-27-2012 1214 12-27-2012 1214
B15    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-27-2012 0949 12-27-2012 1214
FTD    TRANSFER   TRANSFER                    12-27-2012 0949 12-27-2012 0949
FTD    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-18-2012 1335 12-27-2012 0949
B15    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-18-2012 1335 09-18-2012 1335
B15    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-18-2012 1208 09-18-2012 1335
BRO    HLD REMOVE HOLDOVER REMOVED           09-18-2012 1208 09-18-2012 1208
BRO    A-HLD      HOLDOVER, TEMPORARILY HOUSED 09-13-2012 1111 09-18-2012 1208
4-A    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-13-2012 1111 09-13-2012 1111
4-A    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-13-2012 0821 09-13-2012 1111
NYM    HLD REMOVE HOLDOVER REMOVED           09-13-2012 0821 09-13-2012 0821
NYM    A-HLD      HOLDOVER, TEMPORARILY HOUSED 09-06-2012 1802 09-13-2012 0821
NYM    ADM CHANGE RELEASE FOR ADMISSION CHANGE 09-06-2012 1801 09-06-2012 1802
NYM    A-PRE      PRE-SENT ADMIT, ADULT       07-11-2012 1815 09-06-2012 1801
BRO    BAIL/BOND  BAIL/BOND                   04-27-2011 1909 07-11-2012 1815
BRO    A-PRE      PRE-SENT ADMIT, ADULT       12-06-2010 1939 04-27-2011 1909




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```