**<u>Exhibit F</u>**

```
        DEVGX            *       INMATE EDUCATION DATA      *      05-08-2024
PAGE 001 OF 001 *                   TRANSCRIPT              *       12:46:44

REGISTER NO: 64386-054    NAME..: BORKER                      FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: DEV-DEVENS FMC


---------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP DATE/TIME
DEV  ESL HAS    ENGLISH PROFICIENT              10-18-2012 1401 CURRENT
DEV  GED HAS    COMPLETED GED OR HS DIPLOMA     01-17-2013 0932 CURRENT


----------------------------- EDUCATION COURSES  -----------------------------
SUB-FACL    DESCRIPTION                   START DATE   STOP DATE  EVNT AC LV   HRS
DEV LOW     HISTORY OF VIETNAM WAR/ACE    03-22-2024   03-22-2024   P   C  P    16
DEV LOW     JAPAN & THE SAMURIA           01-10-2024   02-26-2024   P   C  P     9
DEV LOW     ACE BLACK ACHIEVEMENT         01-09-2024   02-16-2024   P   C  P    16
DEV LOW     TRANSPOTATION PIONEERS        01-11-2024   02-12-2024   P   C  P     6
DEV LOW     ACT WORK KEYS                 10-16-2023   01-12-2024   P   C  P    30
DEV LOW     WORLD TRAVEL                  11-09-2023   01-08-2024   P   C  P    15
DEV LOW     20TH CENTURY HISTORY          11-14-2023   12-18-2023   P   C  P     9
DEV LOW     BRAIN GAMES                   11-07-2023   12-07-2023   P   C  P     9
DEV LOW     MOBILE FOOD OPERATIONS        11-06-2023   12-04-2023   P   C  P     6
DEV LOW     ACE/SMALL ENGINE REPAIR       09-11-2023   09-25-2023   P   C  P    14
DEV LOW     AMERICA'S SCENIC RAILS        09-13-2023   09-27-2023   P   C  P     6
DEV LOW     RESTAURANT CONCEPTS - PART 1  09-12-2023   10-13-2023   P   C  P     9
DEV LOW     HISTORY OF PALEONTOLOGY       09-14-2023   10-13-2023   P   C  P    19
SCH         ACE SIGN LANGUAGE             11-04-2019   01-06-2020   P   C  P    16
SCH         FCI CHOLESTEROL               11-02-2019   01-04-2020   P   C  P     4
ALF         REENTRY FITNESS EDUCATION     01-22-2015   01-22-2015   P   C  P     1
ALF         RPP(5)-REL METHODS,PROP,SUPERV 09-10-2014  09-10-2014   P   C  P     1
ALF         RPP(4)- ROLE USPO/SUPERVISION 09-10-2014   09-10-2014   P   C  P     1
ALF         RPP(3)-LIVE ON BUDGET/GRATUITY 09-10-2014  09-10-2014   P   C  P     1
ALF         RPP(3)- MAINTAIN CHECK BOOK   09-10-2014   09-10-2014   P   C  P     1
ALF         BEGINNERS SPINNING            04-02-2014   06-15-2014   P   C  P     4
ALF RDAP    RPP(6)-PSYCHOLOGY OF RELEASE  02-25-2014   03-05-2014   P   C  P     4
ALF RDAP    BEGINNERS SPINNING            09-06-2013   10-16-2013   P   C  P     4
ALF RDAP    RPP(6)- (15)HOUR DRG PGM      02-11-2013   04-01-2013   P   C  P    12
ALF RDAP    CROCHET                       07-02-2013   07-24-2013   P   C  P     4


----------------------------- HIGH TEST SCORES  ------------------------------
TEST            SUBTEST          SCORE      TEST DATE     TEST FACL   FORM        STATE
TABE D          BATTERY          12.7       10-18-2012    FTD         10
                LANG MECH         1.1       10-18-2012    FTD         10
                LANGUAGE         11.7       10-18-2012    FTD         10
                MATH APPL        12.9       10-18-2012    FTD         10
                MATH COMP         8.4       10-18-2012    FTD         10
                READING          12.9       10-18-2012    FTD         10
                SPELLING          1.7       10-18-2012    FTD         10
                TOTAL MATH       11.0       10-18-2012    FTD         10
                VOCABULARY        0.7       10-18-2012    FTD         10




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```