**<u>Exhibit G</u>**

```
 DEVGX   531.01 *              INMATE HISTORY              *    05-08-2024
 PAGE 001        *               WRK DETAIL                *     12:44:00

  REG NO..: 64386-054 NAME....: BORKER, VITALY
  CATEGORY: WRK        FUNCTION: PRT        FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
 DEV    SNOW REMVL CUSTODY SNOW REMOVAL        02-06-2024 0001 CURRENT
 DEV    RLG DAYOFF RELIGIOUS DAY OFF           04-28-2024 0001 04-30-2024 0827
 DEV    RLG DAYOFF RELIGIOUS DAY OFF           04-21-2024 1800 04-23-2024 1313
 DEV    LBR POOL   LABOR POOL WAITING ASSIGNMENT 01-23-2024 0845 02-06-2024 0001
 DEV    SNOW REMVL CUSTODY SNOW REMOVAL        10-10-2023 1429 01-23-2024 0845
 DEV    LBR POOL   LABOR POOL WAITING ASSIGNMENT 10-04-2023 1104 10-10-2023 1429
 DEV    A&O        ADMISSION & ORIENTATION     09-07-2023 1236 10-04-2023 1104
 BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT  09-06-2023 1313 09-07-2023 0253
 FTD    SHU UNASSG UNASSIGNED - SHU            07-24-2023 0911 09-06-2023 1033
 FTD    A&O CMP W  A&O COMPLT-PND WRK ASSIGN WEST 07-20-2023 1016 07-24-2023 0911
 FTD    A&O WEST   ADMISSION & ORIENTATION - WEST 07-18-2023 1615 07-20-2023 1016
 BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT  05-17-2023 1301 07-18-2023 1347
 BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT  04-28-2023 1839 05-17-2023 0846
 BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT  04-06-2023 1036 04-28-2023 0804
 SCH    FCI PM     FCI COMPOUND PM             01-10-2020 0001 06-16-2020 0839
 SCH    PM DINE    FCI F/S PM DINING RM        12-09-2019 1029 01-10-2020 0001
 SCH    FCI F/S    FCI FOOD SERVICE            11-23-2019 0001 12-09-2019 1029
 SCH    FCI GM 3   FCI GENERAL MAINTENANCE #3  11-06-2019 0001 11-23-2019 0001
 SCH    AM DINE    FCI F/S AM DINING RM        10-29-2019 1433 11-06-2019 0001
 SCH    FCI F/S    FCI FOOD SERVICE            10-22-2019 0001 10-29-2019 1433
 SCH    3A ORD AM  UNIT 3A ORDERLY AM          06-14-2019 0001 10-22-2019 0001
 SCH    UNASSG A/O UNASSIGNED A/O              06-13-2019 0936 06-14-2019 0001
 SCH    FCI A/O    FCI  ADMISSION & ORIENTATION 06-10-2019 0843 06-13-2019 0936
 CAA    H/O UNASSG HOLD OVER UNIT              06-05-2019 0645 06-10-2019 0615
 BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT  04-24-2019 0802 06-05-2019 0218
 BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT  02-28-2019 0707 04-24-2019 0800
 BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT  06-05-2017 2109 02-28-2019 0705
 NYM    UNASSG     UNASSIGNED WORK DETAIL      05-25-2017 1910 05-26-2017 1524
 ALF    MER-GO-RD  MERRY-GO-ROUND              03-10-2015 0001 03-11-2015 0736
 ALF    CCS SH3    CCS CMPND SHIFT 3           03-06-2014 0001 03-10-2015 0001
 ALF    U SHU R    RELEASED INMATE SHU         03-04-2014 1008 03-06-2014 0001
 ALF    SHU/AD     SPECIAL HOUSING/ADMINISTRATIVE 02-20-2014 1215 03-04-2014 1008
 ALF    CCS SH3    CCS CMPND SHIFT 3           07-02-2013 0001 02-20-2014 1215
 ALF    U SHU R    RELEASED INMATE SHU         06-28-2013 0912 07-02-2013 0001
 ALF    SHU/AD     SPECIAL HOUSING/ADMINISTRATIVE 06-18-2013 1433 06-28-2013 0912
 ALF    CCS SH3    CCS CMPND SHIFT 3           03-09-2013 0920 06-18-2013 1433
 ALF    CCS SH1    CCS CMPND SHIFT 1           01-14-2013 0001 03-09-2013 0920
 ALF    A&O COMP   A&O COMPLETED               01-11-2013 0001 01-14-2013 0001
 ALF    A&O 1      A&O 1 ASSIGNMENT            01-04-2013 1443 01-11-2013 0001
 CAA    H/O UNASSG HOLD OVER UNIT              12-28-2012 0820 01-04-2013 1110
 BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT  12-27-2012 1214 12-28-2012 0558




        G0002         MORE PAGES TO FOLLOW . . .
```

```
 DEVGX  531.01 *              INMATE HISTORY              *      05-08-2024
 PAGE 002 OF 002 *              WRK DETAIL                *       12:44:00

 REG NO..: 64386-054 NAME....: BORKER, VITALY
 CATEGORY: WRK        FUNCTION: PRT       FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
 FTD    SHU UNASSG UNASSIGNED - SHU             11-05-2012 1458 12-27-2012 0949
 FTD    YARD EA PM YARD DETAIL-EAST PM          10-23-2012 0001 11-05-2012 1458
 FTD    PLUMB 1 EA PLUMBING 1 FCI - EAST        10-06-2012 0001 10-23-2012 0001
 FTD    A&O CMP E  A&O COMPLT-PND WRK ASSIGN EAST 09-25-2012 0954 10-06-2012 0001
 FTD    A&O WEST   ADMISSION & ORIENTATION - WEST 09-18-2012 1335 09-25-2012 0954
 BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT   09-13-2012 1111 09-18-2012 1208
 NYM    UNASSG     UNASSIGNED WORK DETAIL       09-06-2012 1802 09-13-2012 0821
 NYM    UNASSG     UNASSIGNED WORK DETAIL       07-11-2012 1815 09-06-2012 1801
 BRO    UNASSG     UNASSIGNED WORK ASSIGNMENT   12-06-2010 1939 04-27-2011 1909




 G0000      TRANSACTION SUCCESSFULLY COMPLETED
```