UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VITALY BORKER,

        Petitioner,

v.

WARDEN BOWERS, FMC Devens,

        Respondent.

Civil Action No. 24-CV-10045-LTS

## DECLARATION OF BRANDI REYNOLDS

I, BRANDI REYNOLDS, declare and state as follows:

1. I am currently employed by the Federal Bureau of Prisons ("BOP") of the United States Department of Justice, as the Chief of Mental Health Services for the Psychology Services Department in the Reentry Services Division of the BOP's Central Office. I have held this position since December 18, 2022, and I began working for the BOP on September 13, 2008. Currently, I am the Acting Administrator for the Psychology Services Branch.

2. The Reentry Services Division ("RSD") furthers the mission of the BOP by preparing prisoners for successful reentry into the community by providing opportunities for self-improvement and skills development to reduce recidivism and improve public safety. RSD oversees the policy and implementation of needs assessments, programming, and incentives under the First Step Act ("FSA") to ensure fairness, consistency, and effectiveness across the populations we serve and the employees performing the work.

3. Within RSD, the Psychology Services Branch has four main components: 1) Providing mental health services to the inmate population; 2) Drug Abuse Programming, including

|     |     |
| --- | --- |
|     | drug abuse education, substance abuse treatment, and intensive residential treatment programs; 3) Risk Reduction, which supports a range of programs designed to reduce the propensity of inmates to engage in misconduct in prison and criminal reoffending upon return to the community; and 4) Psychological Evaluation, including forensic evaluations and ADX referral mental health evaluations. |
| 4.  | For purposes of the First Step Act ("FSA"), the Psychology Services Branch is responsible for overseeing and administering numerous approved evidence-based recidivism reduction programs ("EBRRs") and productive activities ("PAs"). Some examples include Anger Management, Basic Cognitive Skills, the Residential Drug Treatment Program, the Challenge Program, and the Sex Offender Treatment Program. |
| 5.  | Additionally, the Branch assists the Reentry Services Division's evaluation to determine whether a proposed internal or external program should be deemed an EBRR/PA under 18 U.S.C. § 3635 and 28 C.F.R. § 523.41. |
| 6.  | I make this Declaration in connection with the petition filed by Vitaly Borker, Reg. No. 64386-054 ("Petitioner"), seeking time credits from April 28, 2023 (date of sentencing), to July 18, 2023 (date he arrived at his designated institution). |
| 7.  | According to BOP records, Petitioner did not participate in any EBRRs or PAs between April 28, 2023, and July 18, 2023. In fact, it appears Petitioner did not participate in any programming at all between these dates. |

    a) Attached hereto as **Exhibit A** is a true and accurate copy of the current Psychology Treatment Program History for Vitaly Borker, Reg. No. 64386-054. It indicates Petitioner did not participate in any programming between April 28, 2023, to July 18, 2023, nor was he on any waiting lists.

b) Attached hereto as **Exhibit B** is a true and accurate copy of the Drug Program History for Vitaly Borker, Reg. No. 64386-054.  It indicates Petitioner did not participate in any programming between April 28, 2023, to July 18, 2023, nor was he on any waiting lists.

c) Attached hereto as **Exhibit C** is a true and accurate copy of the "Program/Treatment – Other" History for Vitaly Borker, Reg. No. 64386-054.  It indicates Petitioner did not participate in any psychology programming between April 28, 2023, to July 18, 2023, nor was he on any waiting lists.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this _9_ day of May 2024

BRANDI REYNOLDS
Digitally signed by BRANDI REYNOLDS
Date: 2024.05.09 11:40:04 -04'00'

Brandi Reynolds
Psychology Services
Reentry Services Division