**Exhibit A**

```
DEVGX  531.01 *            INMATE HISTORY             *    05-08-2024
PAGE 001 OF 001 *             PSYCH TRMT              *     12:45:01

 REG NO..: 64386-054 NAME....: BORKER, VITALY
 CATEGORY: PTP       FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME
DEV    RCPTWAIT   RESOLVE PHASE 2 CPT WAIT  09-27-2023 1230 CURRENT




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```