**<u>Exhibit B</u>**

```
 DEVGX  531.01 *              INMATE HISTORY              *    05-08-2024
 PAGE 001       *               DRUG PGMS                 *     12:45:34

 REG NO..: 64386-054 NAME....: BORKER, VITALY
 CATEGORY: DRG       FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
DEV    DAP UNQUAL RESIDENT DRUG TRMT UNQUALIFIED 09-27-2023 1251 CURRENT
DEV    ED EXEM    DRUG EDUCATION EXEMPT      01-04-2024 1454 CURRENT
DEV    NR PART    NRES DRUG COUNSEL PARTICIPANT 12-26-2023 1231 CURRENT
DEV    ED WAIT RJ DRUG EDUCATION WAIT-RQ JUDREC 07-23-2023 1415 01-04-2024 1454
DEV    NR WAIT    NRES DRUG TMT WAITING      09-18-2023 1908 12-26-2023 1231
DEV    DAP DIAG   DRUG ABUSE DIAGNOSIS PENDING 08-28-2023 0914 09-27-2023 1251
FTD    DAP UNQUAL RESIDENT DRUG TRMT UNQUALIFIED 08-08-2023 1421 08-28-2023 0914
FTD    DAP SCREEN DRUG ABUSE PROGRAM SCREENING 08-08-2023 1420 08-08-2023 1421
FTD    DAP REFER  DRUG ABUSE PROGRAM REFER   07-19-2023 0824 08-08-2023 1420
CNK    WA CMTX UQ WALSH COMMUNITY TREATMENT UNQ 05-28-2020 1138 11-12-2020 1111
CNK    NR COMP    NRES DRUG TMT/COMPLETE     03-03-2020 0753 11-12-2020 1111
CNK    MH CMTX NR MENTAL HEALTH TX NOT REFERRED 05-28-2020 1138 11-12-2020 1111
CNK    INELIGIBLE 18 USC 3621 RELEASE INELIGIBLE 10-09-2019 1049 11-12-2020 1111
CNK    ED NONE    DRUG EDUCATION NONE        06-11-2019 1605 11-12-2020 1111
CNK    DAP FAIL E RESIDENT DRUG TRMT FAIL-EXPEL 10-09-2019 1049 11-12-2020 1111
SCH    NR PART    NRES DRUG COUNSEL PARTICIPANT 10-23-2019 0631 03-03-2020 0753
SCH    NR WAIT    NRES DRUG TMT WAITING      10-16-2019 0628 10-23-2019 0631
SCH    ELIGIBLE   18 USC 3621 RELEASE ELIGIBLE 07-22-2019 1044 10-09-2019 1049
SCH    DAP PART   RESIDENT DRUG TRMT PARTICIPANT 07-23-2019 1249 10-09-2019 1049
SCH    DAP QUAL   RESIDENT DRUG TRMT QUALIFIED 06-14-2019 1337 07-23-2019 1249
SCH    DAP DIAG   DRUG ABUSE DIAGNOSIS PENDING 06-11-2019 1147 06-14-2019 1337
SCH    DAP SCREEN DRUG ABUSE PROGRAM SCREENING 06-10-2019 1528 06-11-2019 1147
SCH    DAP REFER  DRUG ABUSE PROGRAM REFER   06-10-2019 1406 06-10-2019 1528
CNK    TRAN FAL R DRUG TRANS SERV REQUIRED-FAIL 03-20-2015 0951 09-04-2015 0658
CNK    NR WAIT    NRES DRUG TMT WAITING      10-06-2014 1421 09-04-2015 0658
CNK    INELIGIBLE 18 USC 3621 RELEASE INELIGIBLE 02-07-2013 1009 09-04-2015 0658
CNK    FOL COMP   FOLLOWUP SERVICES COMPLETE 03-02-2015 1243 09-04-2015 0658
CNK    ED COMP    DRUG EDUCATION COMPLETE    04-01-2013 1444 09-04-2015 0658
CNK    DAP FAIL O RESIDENT DRUG TRMT FAIL-OUTCOM 03-20-2015 0949 09-04-2015 0658
CNK    TRAN PAR R COMMUNITY TRAN SERV PARTIC-REQ 03-11-2015 1650 03-20-2015 0951
CNK    DAP COMP   RES DRUG TRMT COMP/TRANS REQD 03-04-2014 1134 03-20-2015 0949
ALF    FOL PART   FOLLOWUP SERVICES PARTICIPANT 03-04-2014 1137 03-02-2015 1243
ALF    NR INCMP   NRES DRUG TMT/INCOMPLETE   04-02-2013 1011 10-06-2014 1421
ALF    DAP PART   RESIDENT DRUG TRMT PARTICIPANT 03-04-2014 1134 03-04-2014 1134
ALF    DAP INCOMP RESIDENT DRUG TRMT INCOMPLETE 02-21-2014 1237 03-04-2014 1134
ALF    DAP PART   RESIDENT DRUG TRMT PARTICIPANT 04-08-2013 0713 02-21-2014 1237
ALF    DAP WAIT   RESIDENT DRUG TRMT WAITING 01-31-2013 1454 04-08-2013 0713
ALF    NR PART    NRES DRUG COUNSEL PARTICIPANT 02-20-2013 1400 04-02-2013 1011
ALF    ED PART R  DRUG EDUCATION PARTICIPNT-REQD 02-11-2013 1551 04-01-2013 1444
ALF    NR WAIT    NRES DRUG TMT WAITING      10-02-2012 1431 02-20-2013 1400
ALF    ED WAIT RJ DRUG EDUCATION WAIT-RQ JUDREC 10-02-2012 0854 02-11-2013 1551




G0002        MORE PAGES TO FOLLOW . . .
```

```
DEVGX  531.01 *            INMATE HISTORY              *     05-08-2024
PAGE 002 OF 002 *            DRUG PGMS                 *     12:45:34

 REG NO..: 64386-054 NAME....: BORKER, VITALY
 CATEGORY: DRG        FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
ALF    DAP SCREEN DRUG ABUSE PROGRAM SCREENING  01-28-2013 1225 01-31-2013 1454
ALF    DAP REFER  DRUG ABUSE PROGRAM REFER      01-23-2013 0753 01-28-2013 1225




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```