**Exhibit C**

```
 DEVGX   531.01 *              INMATE HISTORY                *      05-08-2024
PAGE 001 OF 001 *                PT OTHER                    *        12:46:11

 REG NO..: 64386-054 NAME....: BORKER, VITALY
 CATEGORY: PTO       FUNCTION: PRT          FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
DEV    ANG M WAIT ANGER MANAGEMENT CBT WAIT    09-27-2023 1229 CURRENT
DEV    CR TH WAIT CRIMINAL THINKING WAIT       09-29-2023 1127 CURRENT
DEV    EM SR WAIT EMOTIONAL SELF-REG CBT WAIT  09-29-2023 1127 CURRENT
DEV    FBCONM W   FBCONM WAIT                  10-01-2023 1502 CURRENT
DEV    ALEPH C    ALEPH CCP COMP               02-01-2024 1355 02-02-2024 1355
DEV    ALEPH P    ALEPH CCP PART               11-06-2023 1354 02-01-2024 1355
DEV    MON SM G C MONEY SMART GENERAL POP COMP 01-29-2024 1518 01-29-2024 1518
DEV    MON SM G P MONEY SMART GENERAL POP PART 12-04-2023 1331 01-29-2024 1518
DEV    MON SM G W MONEY SMART GENERAL POP WAIT 12-04-2023 1331 12-04-2023 1331
DEV    MATR BAL C A MATTER OF BALANCE COMP     10-09-2023 1403 10-09-2023 1403
DEV    MATR BAL P A MATTER OF BALANCE PART     09-14-2023 1426 10-09-2023 1403
DEV    NAT DIAB C NATIONAL DIABETES COMP       10-09-2023 1403 10-09-2023 1403
DEV    NAT DIAB P NATIONAL DIABETES PART       09-14-2023 1426 10-09-2023 1403
DEV    HTH STEP C HEALTHY STEPS OLDER ADULT COMP 10-09-2023 1402 10-09-2023 1402
DEV    HTH STEP P HEALTHY STEPS OLDER ADULT PART 09-14-2023 1426 10-09-2023 1402
DEV    ARTH FND C ARTHRITIS FOUNDATION WALK COMP 10-09-2023 1402 10-09-2023 1402
DEV    ARTH FND P ARTHRITIS FOUNDATION WALK PART 09-14-2023 1426 10-09-2023 1402
DEV    HTH WELL C HEALTH & WELLNESS LIFESPN COMP 10-09-2023 1401 10-09-2023 1401
DEV    HTH WELL P HEALTH & WELLNESS LIFESPN PART 09-14-2023 1426 10-09-2023 1401
DEV    BRN HLTH C BRAIN HEALTH AS YOU AGE COMP 10-09-2023 1401 10-09-2023 1401
DEV    BRN HLTH P BRAIN HEALTH AS YOU AGE PART 09-14-2023 1425 10-09-2023 1401
DEV    MAN DIAB C MANAGING YOUR DIABETES COMP  10-09-2023 1400 10-09-2023 1400
DEV    MAN DIAB P MANAGING YOUR DIABETES PART  09-14-2023 1425 10-09-2023 1400




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```