# United States Court of Appeals
## For the First Circuit

_____

No. 24-1648

VITALY BORKER,

Petitioner - Appellee,

v.

WARDEN F.J. BOWERS,

Respondent - Appellant.

_____

**JUDGMENT**

Entered: October 25, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart
Michael L. Fitzgerald
Jonathan Scott Lauer
Vitaly Borker