# United States Court of Appeals
## For the First Circuit

No. 24-1648

VITALY BORKER,

Petitioner - Appellee,

v.

WARDEN F.J. BOWERS,

Respondent - Appellant.

**MANDATE**

Entered: October 25, 2024

    In accordance with the judgment of October 25, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Vitaly Borker
Michael L. Fitzgerald
Jonathan Scott Lauer
Donald Campbell Lockhart